**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Vishva Desai
          Plaintiff,

v.                 Case No.: 1:11−cv−01925
                Honorable Elaine E. Bucklo

ADT Security Services, Inc.
         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, March 31, 2011:

  MINUTE entry before Honorable Elaine E. Bucklo:Plaintiff's motion to certify class [4] is entered and continued to the scheduling conference. Status hearing set for 5/10/11 is vacated. Scheduling Conference set for 4/29/2011 at 09:30 AM.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.