IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ADT Security Services, Inc.,<br><br>    Defendant. | Case No.: 1:11-cv-1925<br><br>Judge Bucklo<br>Magistrate Judge Keys |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' AMENDED COMPLAINT

Defendant ADT Security Services, Inc. ("ADT") respectfully submits this Agreed Motion for an Extension of Time until Wednesday, May 18, 2011, to file an answer or otherwise plead to Plaintiffs' Amended Complaint. In support of this motion, ADT states the following:

1. Plaintiffs Vishva Desai and Philip J. Charvat ("Plaintiffs") filed an Amended Complaint on April 18, 2011 (Dkt. 15).

2. ADT's Answer to the Amended Complaint is due May 4, 2011.

3. The Amended Complaint identified an additional named Plaintiff and allegations regarding calls allegedly made by ADT to Mr. Charvat. ADT requires additional time to evaluate the amended pleading.

4. Counsel for ADT has requested an extension from Plaintiffs and Plaintiffs have agreed to ADT's request for an extension of time until May 18, 2011 to file its answer or otherwise plead to the Amended Complaint

124613.2

2

5. This request is not interposed for the purposes of delay but to allow ADT and its counsel sufficient time to prepare an appropriate response to the Amended Complaint. The granting of this motion will not prejudice Plaintiffs.

6. This request is timely made in good faith, and good cause exists for the granting of this request.

WHEREFORE, ADT respectfully requests that this Court enter an order granting its Motion for Extension of Time, granting it up to and including May 18, 2011 to file its answer or otherwise plead, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

POLSINELLI SHUGHART PC

By: /s/ John A. Leja
John A. Leja (ARDC # 6256269)
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 819-1900
Cook County Atty. No. 47375

ATTORNEY FOR DEFENDANT
ADT SECURITY SYSTEMS, INC.

124613.2