UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and others similarly situated | Case No. 1:11-cv-1925 |
| Plaintiffs, | |
| v. | Judge Bucklo |
| ADT SECURITY SERVICES, INC. | Magistrate Judge Keys |
| Defendant/Third Party Plaintiff | JURY DEMANDED |
| v. | |
| MR. PETE TOLMAN, LEADS DIRECT MARKETING, VOICE TEL CORPORATION, MR. CHRISTOPHER LONG, EMI, INC., JMB ENTERPRISES, CITY VIP, LLC, DIRECT SAVINGS USA, INC., MR. OSCAR MONTENEGRO, EVERSAFE SECURITY SYSTEMS, INC., SAFE STREETS USA, LLC, PARAMOUNT MEDIA GROUP, THE ELEPHANT GROUP, INC., AND UNKNOWN JOHN DOE DEFENDANTS I THROUGH XX, | |
| Third Party Defendants, | |
| SAFE STREETS USA, LLC, SUCCESSOR BY MERGER TO EVERSAFE SECURITY SYSTEMS, INC. | |
| Fourth Party Plaintiff, | |
| v. | |
| DIRECT SAVINGS USA, LLC, | |
| Fourth Party Defendant. | |

## REQUEST FOR ENTRY OF DEFAULT

Defendant/Third Party Plaintiff, ADT Security Services, Inc. ("ADT"), pursuant to Fed. R. Civ. Pro. 55(a), requests entry of default against Third Party Defendant Direct Savings USA Inc., for failure to appear and plead in response to the Third Party Complaint issued August 26, 2011.  More than twenty-one days have elapsed since the date of service without the filing of a defensive pleading, as required under Fed. R. Civ. Pro 12(a).  The request for entry of a default is supported by the accompanying Declaration of Michael E. Baughman attached as Exhibit 1 and the exhibits attached to such Declaration.

Dated:  October 17, 2011 Respectfully submitted,

/s/ John A. Leja
John A. Leja
Polsinelli Shughart PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 873-3670
(312) 819-1910 *facsimile*
Email: jleja@polsinelli.com

Of Counsel:
Robert L. Hickok
Michael E. Baughman
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
(215) 981-4750  *facsimile*
E-mail: hickokr@pepperlaw.com
baughmanm@pepperlaw.com

*Attorneys for Defendant, ADT Security Services, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 17, 2011, he caused the foregoing **REQUEST FOR ENTRY OF DEFAULT** to be electronically filed with the Clerk of the United States for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon counsel of record.

        Alexander Holmes Burke
        BURKE LAW OFFICES, LLC
        155 N. Michigan Ave., Suite 9020
        Chicago, IL 60601
        (312) 729-5288
        (312) 729-5289 (fax)
        ABurke@BurkeLawLLC.com

        Edward A. Broderick
        Broderick Law, P.C.
        727 Atlantic Avenue, Second Floor
        Boston, MA 02111
        (617) 738-7080

        Matthew P. McCue
        Law Office of Matthew P. McCue
        340 Union Avenue
        Framigham, MA 01702
        (508) 620-1166


By: /s/ John A. Leja
        John A. Leja (ARDC # 6256269)
        161 N. Clark Street, Suite 4200
        Chicago, IL 60601
        Tel: (312) 819-1900
        Cook County Atty. No. 47375


        Of Counsel:
        Robert L. Hickok
        Michael E. Baughman
        Pepper Hamilton LLP

2

3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
(215) 981-4750 *facsimile*
hickokr@pepperlaw.com
baughmanm@pepperlaw.com

*Attorneys for Defendant, ADT Security Services, Inc.*

2

136392.1