

Oscar Montenegro
3176 Stirling Rd Unit I-3
Hollywood, FL 3021
305-224-2185

Re:
United State District Court
Northern District of Illinois
Civil Action
Case Number: 1:11-cv-1925 (N.D. Ill.)

**FILED**
OCT 18 2011
Oct 18. 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To whom it may concern,

On or about September 7th, 2010 when plaintiff Charvat's received the alleged telephone call Neither Direct Savings USA, Inc. or Oscar Montenegro were in business, and or made telephone calls or had any association with illegal phone calls. On or about September 7th, 2010 Direct Savings USA, Inc. or Oscar Montenegro did not have any active contracts with ADT Security Services, Inc., or any of the other 3rd party defendants. Please redirect all mail to:

### Florida Limited Liability Company

DIRECT SAVINGS USA, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L10000097399 |
| **FEI/EIN Number** | 271935979 |
| **Date Filed** | 09/16/2010 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 10/07/2010 |
| **Event Effective Date** | NONE |

### Principal Address

2000 N. STATE ROAD 7
MARGATE FL 33063

Changed 02/18/2011

### Mailing Address

2000 N. STATE ROAD 7
MARGATE FL 33063

Changed 02/18/2011

**Registered Agent Name & Address**

ELKIN, STEVEN C ESQ
FRANK, WEINBERG & BLACK, P.L.
7805 S.W. 6TH COURT
PLANTATION FL 33324 US

**Manager/Member Detail**

**Name & Address**

Title MGR

DISORBO, ALDO
2000 N. STATE ROAD 7
MARGATE FL 33063

Thank you very much.

Sincerely,

Oscar Montenegro