**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT on behalf of themselves and others similarly situated, | ) ) ) ) | Case No.: 1:11-cv-1925 |
| Plaintiffs, | ) ) | Judge Bucklo |
| | ) | Magistrate Judge Keys |
| v. | ) ) | |
| ADT Security Services, Inc., | ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF BANKRUPTCY

Plaintiffs Vishva Desai and Philip J. Charvat respectfully notify this Court they understand that third party defendant Christopher Long has filed for Chapter 7 bankruptcy, case number 2:12-bk-10473-MN (C.D.Cal.).

                                        Respectfully submitted,

                                        /s/Alexander H. Burke

*Counsel for Plaintiffs:*

| | |
|---|---|
| Alexander H. Burke | Matthew P. McCue |
| Burke Law Offices, LLC | The Law Office of Matthew P. McCue |
| 155 N. Michigan Ave., Suite 9020 | 340 Union Avenue |
| Chicago, IL 60601 | Framingham, MA 01790 |
| (312) 729-5288 | (508) 620-1166 |
| (312) 729-5289 (fax) | (508) 820-3311 (fax) |
| | |
| Brian K. Murphy | John W. Barrett |
| Joseph F. Murray | Jonathan Marshall |
| Murray Murphy Moul & Basil LLP | Bailey & Glasser, LLP |

| | |
|---|---|
| 1533 Lake Shore Drive | 227 Capitol Street |
| Columbus, OH 43204 | Charleston, WV 25301 |
| (614) 488-0400 | (304) 345-6555 |
| (614) 488-0401 (fax) | (304) 342-1110 |

Edward A. Broderick
Anthony Paronich
Broderick Law, P.C.
727 Atlantic Avenue, Second Floor
Boston, MA 02111
(617) 738-7080
(617) 357-5030 (fax)