**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VISHVA DESAI on behalf of herself and others similarly situated, | ) ) | 1:11-cv-1925 |
| Plaintiff, | ) ) | |
| | ) | Judge Bucklo |
| v. | ) ) | Magistrate Judge Keys |
| ADT SECURITY SERVICES, INC., | ) | |
| Defendant. | ) ) | JURY DEMANDED |

## NOTICE OF BANKRUPTCY DISMISSAL

Plaintiffs hereby notify the Court that the bankruptcy of third party defendant Christopher

Long has been dismissed, and the stay lifted. Exhibit A.


Respectfully submitted,

/s/Alexander H. Burke

*Counsel for Plaintiffs:*

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)

Matthew P. McCue
The Law Office of Matthew P. McCue
340 Union Avenue
Framingham, MA 01790
(508) 620-1166
(508) 820-3311 (fax)


Brian K. Murphy
Joseph F. Murray
Murray Murphy Moul & Basil LLP
1533 Lake Shore Drive
Columbus, OH 43204
(614) 488-0400
(614) 488-0401 (fax)

John W. Barrett
Jonathan Marshall
Bailey & Glasser, LLP
227 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110


Edward A. Broderick
Anthony Paronich
Broderick Law, P.C.

727 Atlantic Avenue, Second Floor
Boston, MA  02111
(617) 738-7080
(617) 357-5030 (fax)

# Exhibit A

Form CACB (odcnf−VAN162)
(07/2011)

# United States Bankruptcy Court
# Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO FILE INITIAL PETITION DOCUMENTS

**DEBTOR INFORMATION:**
Christopher Thomas Long

**BANKRUPTCY NO.**  8:12−bk−10473−MW

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):**   xxx−xx−5362
**Employer Tax−Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 1/25/12

**Address:**
20402 Santa Ana Avenue #19
Newport Beach, CA 92660

It appearing that a voluntary petition was filed in the above−captioned case without all the documents or information required by FRBP 1007 and LBRs 1002−1 and 1007−1(a) to be filed or submitted at the time of the filing of a voluntary petition,

IT IS HEREBY ORDERED THAT:

(1)   The case is dismissed.
(2)   The automatic stay is vacated.
(3)   Any discharge entered in this case is vacated.
(4)   The Court retains jurisdiction on all issues arising under Bankruptcy Code §110, 329 and 362.

Dated: January 25, 2012

FOR THE COURT,

**Mark S Wallace**
United States Bankruptcy Judge