IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI on behalf of herself and others similarly situated,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>ADT SECURITY SERVICES, INC.,<br>　　　Defendant. | )<br>)　1:11-cv-1925<br>)<br>)<br>)　Judge Bucklo<br>)　Magistrate Judge Keys<br>)<br>)<br>)<br>)　JURY DEMANDED<br>) |

## NOTICE OF MOTION

To:

　　ECF Counsel of Record.

　　You are hereby notified that plaintiff has filed the attached **Plaintiffs' Motion to Compel** and will appear on **March 9, 2012 at 9:00 am** in front of **Judge Keys** in **Courtroom 2230** of the Everett McKinley Dirksen Building, United States Courthouse 219 South Dearborn Street, Chicago, IL 60604 to present such to the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

## CERTIFICATE OF SERVICE

　　I, Alexander H. Burke, hereby certify that this Motion and Notice of Motion were served upon counsel of record through the ECF system for the Northern District of Illinois. They were served upon the following parties by United States Mail:

EMI, Inc.
c/o Christopher Long
20402 Santa Anna Ave, Unit 19
Newport Beach, CA 92660-0130

Leads Direct Marketing
4344 Gold Run Drive
Oakley, CA 94561

Pete Tolman
4344 Gold Run Drive
Oakley, CA 94561

Christopher Long & EMI, Inc.
c/o Saman Behnam, Esq.
400 Oceangate, Suite 800
Long Beach, CA 90802
Also served by fax at: 562-590-9379

Paramount Media Group
c/o Ryan Neill
Smart House Protection
3740 South Ocean Blvd., #409
Highland Beach, FL 33487

Oscar Montenegro
5747 N. University Drive
Tamarac, FL  33321

Voice Tel Corporation
4344 Gold Run Drive
Oakley, CA  94561

Direct Savings USA, LLC
7868 S.W. 6th Court
Plantation, FL  33324

Direct Savings USA, Inc.
6245 Powerline Road
Fort Lauderdale, FL

/s/Alexander H. Burke