IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**VISHVA DESAI and PHILIP J. CHARVAT,**
on behalf of themselves and others similarly
situated,

    Plaintiffs,

v.                                          Case No. 1:11-cv-1925

**ADT SECURITY SERVICES, INC.,**

    **Defendant.**

### Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and Motion for Leave to File Brief in Excess of Fifteen Pages

For the reasons stated in the accompanying memorandum, Plaintiffs Vishva Desai and Philip J. Charvat respectfully move for preliminary approval of a proposed class action settlement reached in this matter. Plaintiffs also request leave to file a brief in excess of fifteen pages, the length of which is necessary to address the lengthy procedural history of this case, the complex discovery to date, and the factors supporting preliminary approval and certification of a proposed settlement class.

Attached to this motion are the following exhibits:

Exhibit A:     Settlement Agreement

    Exhibit A.1:     Proposed Final Approval Order

    Exhibit A.2:     Notice Plan

    Exhibit A.3:     Proposed Preliminary Approval Order

    Exhibit A.4:     Proposed Mailed Notice

    Exhibit A.5:     Proposed Publication Notice

595488

    Exhibit A.6:  Mailed Notice Claim Form

    Exhibit A.7:  Publication Notice Claim Form

 Exhibit B:  Decl. of Alexander H. Burke

 Exhibit C:  Decl. of Matthew P. McCue

 Exhibit D:  Decl. of Edward A. Broderick

 Exhibit E:  Aff. of Brian K. Murphy

 Exhibit F:  Decl. of John W. Barrett

 Respectfully submitted.

           PLAINTIFFS, VISHVA DESAI
           and PHILIP CHARVAT,
           By their attorneys,

s/ John W. Barrett
Alexander E. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 facsimile
ABurke@BurkeLawLLC.com

Brian K. Murphy
Joseph F. Murray
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH 43204
(614) 488-0400
(614) 488-0401 facsimile
murphy@mmmb.com

John W. Barrett
Jonathan Marshall
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 facsimile
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Edward A. Broderick
Anthony Paronich
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA  02110
(617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com
*Admitted Pro Hac Vice*

Matthew P. McCue
The Law Office of Matthew P. McCue
1 South Ave, Third Floor
Natick, MA 01760
(508) 655-1415
mmccue@massattorneys.net
*Admitted Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**VISHVA DESAI and PHILIP J. CHARVAT,**
on behalf of themselves and others similarly
situated,

       Plaintiffs,

v.                                      Case No. 1:11-cv-1925

**ADT SECURITY SERVICES, INC.,**

       **Defendant.**

## Certificate of Service

    I hereby certify that ***Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, and Motion for Leave to File Brief in Excess of Fifteen Pages*** was served upon the following counsel of record through the ECF system for the Northern District of Illinois on the 11th day of February, 2013:

    Eric Jay Goldberg, Esquire
    Pepper Hamilton, LLP
    301 Carnegie Center, Suite 400
    Princeton, NJ 08543
    goldberg@pepperlaw.com
    *Counsel for ADT Security Services, Inc.*

    Michael E. Baughman, Esquire
    Robert L. Hickok, Esquire
    Pepper Hamilton, LLP
    3000 Two Logan Square
    Eighteenth and Arch Streets
    Philadelphia, PA 19103
    baughmam@pepperlaw.com
    hickokr@pepperlaw.com
    *Counsel for ADT Security Services, Inc.*

    Jason Lawrence Pyrz, Esquire
    John A. Leja, Esquire
    Polsinelli Shughart, PC
    161 N. Clark Street, Suite 4200
    Chicago, IL 60601
    jpyrz@polsinelli.com
    jleja@polsinelli.com
    *Counsel for ADT Security Services, Inc.*

595488

Gary S. Betensky, Esquire
Richman Greer, P.A.
250 Australian Avenue South, Suite 1504
West Palm Beach, FL 33401
gbetensky@richmangreer.com
*Counsel for The Elephant Group, Inc.*

Howard L. Teplinsky, Esquire
Beerman Swerdlove, LLP
161 N. Clark Street, #2600
Chicago, IL 60601
hteplinsky@beermannlaw.com
*Counsel for The Elephant Group, Inc.*

Joshua L. Spoont, Esquire
Richman Greer, PA
201 S. Biscayne Blvd.
Miami, FL 33131
jspoont@richmangreer.com
*Counsel for The Elephant Group*

Saman Behnam, Esquire
Law Office of Saman Behnam
400 Oceangate, 8th Floor
Long Beach, CA 90802
behnamlaw@yahoo.com
*Counsel for Christopher Long and EMI, Inc.*

Lorne T. Saeks, Esquire
Much, Shelist, Freed, Denenberg,
 Ament &Rubenstein, P.C.
191 North Wacker Drive, Suite 800
Chicago IL 60605
lsaeks@muchshelist.com
*Counsel for Eversafe Security Systems, Inc. and Safe Streets USA, LLC*

James Preston Shuck, Esquire
Quintin F. Lindsmith, Esquire
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215
jschuck@bricker.com
*Counsel for Eversafe Security Systems, Inc. and Safe Streets USA, LLC*

s/ John W. Barrett

2