# EXHIBIT A.5

## Proposed Publication Notice

Exhibit 5

# If You Received Pre-Recorded Call(s) or Call(s) to Your Cell Phone Using Automated Dialing Equipment Which Advertised ADT's Goods or Services You May Benefit From A Proposed Class Action Settlement

A Proposed Settlement has been reached in a class action case regarding telemarketing calls promoting the goods and services of ADT Security Services, Inc. (now known as The ADT Corporation or ADT, LLC (collectively "ADT" or "ADT Security Services, Inc.")). The name of the case is *Desai, et. al. v. ADT Security Services, Inc.*, No. 11-cv-1925, and it is pending in the United States District Court for the Northern District of Illinois.

**What is the lawsuit about?**
The lawsuit alleges that certain ADT Authorized Dealers or lead generators, seeking to sell ADT's products and services, made telemarketing calls either (1) delivering a pre-recorded message or (2) to cell phones using automated dialing equipment, that violate the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. ADT and ADT's Authorized Dealers contest the claims. Further, ADT denies that it authorized the calls or is responsible for the acts of those who made them.

**What are the terms of the Proposed Settlement?**
The total amount of the Settlement Fund is $15,000,000. To make a claim, you must complete and send in a claim form certifying that you received a pre-recorded call or a call to your cell phone using automated dialing equipment that promoted ADT's good or services. If the Court approves the Settlement, every Class Member who submits a timely and valid Claim Form will be entitled to an equal payment from the Settlement Fund. The amount of your payment will depend on how many Class Members return valid Claim Forms. Each household is entitled to make only one claim regardless of the number of telephone calls received. This advertisement contains only a summary of the settlement terms. You can receive additional details regarding the Proposed Settlement, including a copy of the Settlement Agreement, by visiting www.XXXXXX.com or calling 1-800-XXX-XXXX.

**What are my rights?**

- **You can make a Claim**, to get money from the Settlement Fund. All Claim forms must be postmarked no later than **MONTH DATE YEAR.**

- **If you do not want to be a member of the Class**, you **must** send a letter and ask to be excluded. Your request must be postmarked no later than **MONTH DATE YEAR.** If you do not exclude yourself you agree never to sue ADT or its authorized dealers in the future for the claims covered by this settlement.

- **You can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object, you must file an objection with the court no later than **MONTH DATE YEAR.** You may also hire your own lawyer, at your own cost, to speak for you.

A detailed Notice and the Claim Form are available at **[WEBSITE]** or by writing the Settlement Administrator at the address below. The detailed Notice explains how to exclude yourself or comment on the case. It also explains what rights you are giving up if you stay in the Class.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on **MONTH DATE YEAR AT TIME** to consider whether the Proposed Settlement is fair, reasonable, and adequate, the motion for attorneys' fees and expenses, and the motion for compensation awards to the Class Representatives. If comments or objections have been received, the Court will consider them at that time.

**For More Information and a Claim Form**


Exhibit 5

**Visit: www.XXXXXX.com**
**Or Write: Settlement Administrator, P.O. Box XXXX, City State Zip**