# EXHIBIT A.6

## Mailed Notice Claim Form

ADT CLASS ACTION SETTLEMENT  
SETTLEMENT ADMINISTRATOR  
c/o A.B. DATA, LTD.  
PO BOX 170500  
cv-1925  
MILWAUKEE, WI 53217  

Exhibit 6

**PROOF OF CLAIM FORM**  
*Vishva Desai and Philip J. Charvat, et al. v. ADT Security Services, Inc.*, Case No. 1:11-

For Official Use Only

[CLAIMANT'S FIRST AND LAST NAME]  
[STREET ADDRESS]  
[CITY] [STATE] [ZIP]

[PHONE NUMBER FROM CALL LOG]  
[DATE OF CALL LOG]

TO: Class Member

To receive a payment from the Settlement Fund you must complete and return this Proof of Claim Form ("Claim Form"). **IMPORTANT NOTE: You must return this Claim Form to receive payment even if a Notice was mailed to you and the address printed on the outside of the Notice is correct.**

Please complete the Claim Form, sign it and return it by one of the following methods:

1. By mail to the Administrator, postmarked no later than [DATE], at the following address:

    **ADT CLASS ACTION SETTLEMENT**  
    **SETTLEMENT ADMINISTRATOR**  
    **c/o A.B. DATA, LTD.**  
    **POST OFFICE BOX 170500**  
    **MILWAUKEE, WI 53217**

2. By e-mail to the Administrator at [EMAIL] no later than midnight, U.S. Eastern Standard Time, on [DATE]. If you use e-mail, you must send the Claim Form in a format that includes a legible signature.

**NOTE: Each household is entitled to make only one claim regardless of the number of telephone calls received.**

3. In addition, you must certify the following statements:

**I was the registered user of the above telephone number on the date provided (information in top-right corner of page).**

        YES_____        NO_____

**I certify that the foregoing statements are true to the best of my knowledge.** I understand that the Settlement Administrator has the right to verify my responses and dispute any claims that are based on inaccurate responses.

**Signature:** _____

**Print Name:** _____

**Date:** _____

**Address (if different from above address):** _____

QUESTIONS? VISIT [WEBSITE]                                 Page 1 of 1