# EXHIBIT A.7

## Publication Claim Form

Exhibit 7

VISHVA DESAI and PHILIP J. CHARVAT, on
behalf of themselves and others similarly situated,
    Plaintiffs,

v.                                          Case No. 1:11-cv-1925

ADT SECURITY SERVICES, INC.,              Defendant.

## PROOF OF CLAIM FORM

TO: Class Member

To receive a payment from the Settlement Fund you must complete and return this Proof of Claim Form ("Claim Form").

Please complete the Claim Form, sign it and return it by one of the following methods:

1. By mail to the Settlement Administrator, postmarked no later than **[DATE]**, at the following address:

        **ADT CLASS ACTION SETTLEMENT**
        **ADMINISTRATOR**
        **c/o A.B. DATA, LTD.**
        **POST OFFICE BOX 170500**
        **MILWAUKEE, WI 53217**

2. By e-mail to the Settlement Administrator at [EMAIL] no later than midnight, U.S. Eastern Standard Time, on **[DATE]**. If you use e-mail, you must send the Claim Form in a format that includes a legible signature.

**NOTE: Each household is entitled to make only <u>one</u> claim regardless of the number of telephone calls.**

**LAST NAME:** _____

**FIRST NAME:** _____

**STREET ADDRESS:** _____

**CITY:** _____ **STATE:** ____ **ZIP CODE:** _____

**PHONE NUMBER (where we may call you if we have questions):** _____

**IMPORTANT: In addition, you must certify the following statements with your signature on the reverse of this page:**

1. I received an unsolicited pre-recorded call at my residence that I believe came from an authorized dealer of ADT Security Services, Inc. (now known as The ADT Corporation or ADT, LLC (collectively "ADT" or "ADT Security Services, Inc.")) (or from ADT or a company that provides leads to ADT authorized dealers) sometime between January 1, 2007, and **[DATE OF THE SETTLEMENT AGREEMENT]**. At the time I received the call, I did not consent to receive such a call, I was not a customer of ADT or anyone purporting to sell its products, nor have I had any type of business relationship with ADT or anyone purporting to sell its products.

2. The following is true with regard to each call on which I base the foregoing statement:

**PHONE NUMBER (include area code) where I received the call:** _____

**DATE (or approximate date) of the call(s):** _____

At the time I received the call, this number was:    ☐ My home number
                                                                     ☐ My cell phone

Exhibit 7

3.  Provide a brief description of the contents of the call you received to the best of your recollection:

    _____
    _____
    _____

**I certify that the foregoing statements are true to the best of my knowledge under penalty of perjury pursuant to 28 U.S.C. § 1746.** I understand that the Settlement Administrator has the right to verify my responses and dispute any claims that are based on inaccurate responses.

**Signature:** _____

**Print Name:** _____

**Date:** _____