UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and others similarly situated | Case No. 1:11-cv-1925 |
| Plaintiffs, | |
| v. | Judge Bucklo |
| ADT SECURITY SERVICES, INC. | Magistrate Judge Keys |
| Defendant/Third Party Plaintiff | JURY DEMANDED |
| v. | |
| MR. PETE TOLMAN, LEADS DIRECT MARKETING, VOICE TEL CORPORATION, MR. CHRISTOPHER LONG, EMI, INC., JMB ENTERPRISES, CITY VIP, LLC, DIRECT SAVINGS USA, INC., MR. OSCAR MONTENEGRO, EVERSAFE SECURITY SYSTEMS, INC., SAFE STREETS USA, LLC, PARAMOUNT MEDIA GROUP, THE ELEPHANT GROUP, INC., AND UNKNOWN JOHN DOE DEFENDANTS I THROUGH XX, | |
| Third Party Defendants, | |
| SAFE STREETS USA, LLC, SUCCESSOR BY MERGER TO EVERSAFE SECURITY SYSTEMS, INC. | |
| Fourth Party Plaintiff, | |
| v. | |
| DIRECT SAVINGS USA, LLC, | |
| Fourth Party Defendant. | |

-2-

## NOTICE OF MOTION

To: ECF Counsel of Record

PLEASE TAKE NOTICE THAT on the Tuesday, July 23, 2013, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant/Third-Party Plaintiff ADT Security Services, Inc. (n/k/a The ADT Corporation or ADT, LLC) will appear before the Honorable Judge Elaine E. Bucklo in Room 1858 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present its **MOTION TO MODIFY DOCKET ENTRY OF JULY 11, 2013**, a copy of which has been served on you.

Dated: July 17, 2013

Respectfully submitted,

/s/ John A. Leja
John A. Leja (#6256269)
Polsinelli PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 873-3670
(312) 819-1910 *facsimile*
Email: jleja@polsinelli.com

Of Counsel:
Robert L. Hickok
Michael E. Baughman
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
(215) 981-4750 *facsimile*
E-mail: hickokr@pepperlaw.com
baughmanm@pepperlaw.com

*Attorneys for Defendant/Third-Party Plaintiff*
*ADT Security Services, Inc. (n/k/a The ADT*
*Corporation or ADT, LLC)*

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 17, 2013, the foregoing was filed electronically with the Court's CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

                /s/ John A. Leja