## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VISHVA DESAI, et al. | ) | |
|     Plaintiffs | ) | Case No: 11 C 1925 |
| | ) | |
| v. | ) | |
| | ) | Judge: Elaine E. Bucklo |
| ADT SECURITY SERVICES, INC. | ) | |
|     Defendant | ) | |
| | ) | |

## **ORDER**

(T:)


Defendant/Third-party plaintiff's Motion to modify docket entry of July 11, 2013 [245] is granted.  The July 11, 2013 dismissal is with respect to all claims against ADT and ADT's claims against third-party defendants Eversaft Security Systems Inc. and Safe Streets USA, LLC, but the case remains open with respect to ADT's third party claims for indemnification against all other third-party defendants.  Status hearing set for 9/5/2013 at 9:30 a.m.



Date:   July 22, 2013                                                          /s/ Hon. Elaine E. Bucklo