**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| VISHVA DESAI, on behalf of herself and others similarly situated, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Honorable Elaine E. Bucklo |
| v. | ) ) | No. 11 C 1925 |
| ADT SECURITY SERVICES, INC., et. al. | ) ) | Magistrate Judge Keys |
| Defendants. | ) ) | |

**<u>MOTION TO WITHDRAW</u>**

Nicole Barrett, an attorney, respectfully moves this Court to withdraw her appearance as counsel for Third Party Defendant Elephant Group, Inc. in this matter. In support thereof, Nicole Barrett states as follows:

1. Nicole Barrett is leaving the employment of Sessions, Fishman, Nathan & Israel, LLC, the firm representing Third Party Defendant Elephant Group, Inc. in this matter.

2. James K. Schultz and Daniel W. Pisani of Sessions, Fishman, Nathan & Israel, LLC will remain as counsel for Third Party Defendant Elephant Group, Inc. in this matter.

WHEREFORE, Nicole Barrett respectfully requests that this Honorable Court grant leave to withdraw her appearance as counsel for Third Party Defendant Elephant Group, Inc. in this matter.

Respectfully submitted,

/s/ Nicole Barrett
Attorney for Third Party Defendant Elephant Group, Inc.

James K. Schultz
Daniel W. Pisani
Nicole Barrett
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
55 West Monroe St., Suite 1120
Chicago, IL  60603
Telephone:   (312) 578-0990
Facsimile:    (312) 578-0991
E-Mail:        nbarrett@sessions-law.biz

Attorneys for Third Party Defendant Elephant Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2013, a copy of the foregoing **MOTION TO WITHDRAW** was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nicole Barrett
Attorney for Third Party Defendant
Elephant Group, Inc.