IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VISHVA DESAI, on behalf of herself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Judge Bucklo |
| v. | ) ) | No. 11 C 1925 |
| ADT SECURITY SERVICES, INC., | ) ) | Magistrate Judge Keys |
| Defendant. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR ELEPHANT GROUP, INC.

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorneys Gary S. Betensky and Joshua L. Spoont of the law firm of Richman Greer, P.A. respectfully move for leave to withdraw as attorneys of record for Third-Party Defendant, ELEPHANT GROUP, INC. ("Elephant Group") in this matter, and state in support:

1. On January 17, 2012 this Court granted the applications of Mr. Betensky and Mr. Spoont of the law firm of Richman Greer, P.A. to appear *pro hac vice* on behalf of Elephant Group [DE 155].

2. At this stage of the proceedings, their continued representation of Elephant Group is not necessary. Elephant Group will continue to be represented by Daniel W. Pisani and James K. Schultz of the law firm of Sessions Fishman Nathan & Israel, LLC.

WHEREFORE, attorneys Gary S. Betensky and Joshua L. Spoont of the law firm of Richman Greer, P.A. respectfully request this Court grant them leave to withdraw attorneys for Elephant Group in this action.

1

Respectfully submitted,

RICHMAN GREER, P.A.
*Attorneys for Third-Party Defendant, Elephant Group, Inc.*
250 Australian Avenue South, Ste. 1504
West Palm Beach, FL 33401
Telephone: (561) 803-3500
Facsimile: (561) 820-1608

By: /s/ Gary S. Betensky
GARY S. BETENSKY
Florida Bar No. 0434302
gbetensky@richmangreer.com
JOSHUA L. SPOONT
Florida Bar No. 053263
jspoont@richmangreer.com
***ADMITTED PRO HAC VICE***

- and -

BEERMANN PRITIKIN MIRABELLI SWERDLOVE, LLP
*Attorneys for Third-Party Defendant, Elephant Group, Inc.*
161 N. Clark Street, Ste. 2600
Chicago, IL 60601
Telephone: (312) 621-9700
HOWARD L. TEPLINSKY
Illinois Bar No. 6197501
hteplinsky@beermannlaw.com

- and -

SESSIONS FISHMAN NATHAN & ISRAEL LLC
*Attorneys for Third-Party Defendant, Elephant Group, Inc.*
55 West Monroe St., Suite 1120
Chicago, IL 60603
Telephone: 312-578-0990
Fax: 312-578-0991
DANIEL W. PISANI
dpisani@sessions-law.biz
JAMES K. SCHULTZ
jschultz@sessions-law.biz

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 16, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system.

                                      /s/ Gary S. Betensky
                                      GARY S. BETENSKY