**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ADT SECURITY SYSTEMS, INC., <br><br> Defendant. <br>----------------------------------------------------------------<br> ADT SECURITY SYSTEMS, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> MR. PETE TOLMAN; LEADS DIRECT MARKETING; VOICE TEL CORP.; MR. CHRISTOPHER LONG; EMI, INC.; CITY VIP, LLC; JMB ENTERPRISES; DIRECT SAVINGS USA, INC.; MR. OSCAR MONTENEGRO; EVERSAFE SECURITY SYSTEMS, INC.; SAFE STREETS USA, LLC; PARAMOUNT MEDIA GROUP; THE ELEPHANT GROUP, INC.; and UNKNOWN JOHN DOE DEFENDANTS I THROUGH XX, <br><br> Third-Party Defendants. <br>----------------------------------------------------------------<br> SAFE STREETS USA, LLC, as successor to EVERSAFE SECURITY SYSTEMS, INC., <br><br> Cross-Claimant and Third-Party Plaintiff <br><br> v. <br><br> DIRECT SAVINGS USA, INC.; MR. OSCAR MONTENEGRO; DIRECT SAVINGS USA, <br><br> Cross-Defendants and <br> Third-Party Defendants. <br>_____ | Case No. 11 C 1925 <br><br> Judge Bucklo |

### THIRD PARTY DEFENDANT ELEPHANT GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT

NOW COMES third party defendant, Elephant Group, Inc. by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1, hereby moves this Court for entry of summary judgment in its favor and against third party plaintiff, ADT Security Systems, Inc., on all claims. In support thereof, Elephant Group submits a contemporaneously filed Statement of Uncontested Material Facts and Supporting Memorandum.

WHEREFORE, Elephant Group, Inc. requests that the Court enter an Order granting summary judgment in its favor and against ADT, for the attorney fees and costs incurred in defending this lawsuit and for all other just and equitable relief.

                                    Respectfully submitted,

                                    /s/ Daniel W. Pisani
                                  James K. Schultz
                                  Daniel W. Pisani
                                  Sessions Fishman Nathan & Israel, LLC
                                  55 West Monroe Street, Suite 1120
                                  Chicago, Illinois 60603
                                  Telephone: (312) 578-0990
                                  Facsimile: (312) 578-0991
                                  jschultz@sessions-law.biz
                                  dpisani@sessions-law.biz

                                  *Attorneys for Elephant Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Daniel W. Pisani
James K. Schultz
Daniel W. Pisani
Sessions Fishman Nathan & Israel, LLC
55 West Monroe Street, Suite 1120
Chicago, Illinois 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
jschultz@sessions-law.biz
dpisani@sessions-law.biz

*Attorneys for Elephant Group, Inc.*
