Page 1

1

2          UNITED STATES DISTRICT COURT

      FOR THE NORTHERN DISTRICT OF ILLINOIS

3             EASTERN DIVISION

   -------------------------------x

4   VISHVA DESAI,

5                      Plaintiff,

6

           -against-        No. 11C1925

7

   ADT SECURITY SERVICES, INC.,

8   et al.,

9                      Defendants.

   -------------------------------x

10

11                  June 27, 2014

12                  9:00 a.m.

13

14       Deposition of ADT SECURITY

15   SERVICES, INC., by RENATA BERGMAN,

16   pursuant to notice and subpoena, at the

17   offices of Veritext Legal Solutions,

18   301 Northeast 51st Street, Boca Raton,

19   Florida, before Jack Finz, a Shorthand

20   Reporter and Notary Public within and

21   for the State of Florida.

22

23

24

25

```
                                                        Page  2

1
2     A P P E A R A N C E S:
3        SARA GOLDBERG, ESQ.
         McNEW P.A.
4        Attorneys for Defendant
         ADT SECURITY SERVICES, INC.
5              2385 New Executive Center Drive
               Suite 100
6              Boca Raton, FL 33431
7
8        JAMES K. SCHULTZ, ESQ.
         SESSIONS FISHMAN NATHAN & ISRAEL LLC
9        Attorneys for Third-Party Defendant
         THE ELEPHANT GROUP
10             55 West Monroe Street
               Suite 1120
11             Chicago, IL 60603-5130
               (Via telephonic conference call)
12
13    ALSO PRESENT:
14       HANNAH S. LIM, ESQ.
         Chief Litigation Counsel
15       ADT Security Services
               1501 Yamato Road
16             Boca Raton, FL 33431
17
18
19
20
21
22
23
24
25
```

Page 3

1

2          E X H I B I T S

3

   (ADT Exhibit 1 for              8
4  identification, Second Amended
   Notice of Deposition.)

5

   (ADT Exhibit 2 for              29
6  identification, document
   entitled "ADT Third Party
7  Marketer Due Diligence Request,"
   Bates stamped ADT 0000941
8  through 0000947.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                RENATA BERGMAN

2          R E N A T A    B E R G M A N,

3      having been first duly sworn by the

4      Notary Public (Jack Finz), was

5      examined and testified as follows:

6   EXAMINATION BY

7   MR. SCHULTZ:

8        Q.    Could you please state your

9   fall name, spelling your last name for

10  the record, ma'am?

11       A.    Yes.  My name is Renata

12  Bergman, R-e-n-a-t-a, last name Bergman,

13  B-e-r-g-m-a-n.

14       Q.    Thank you.

15            MR. SCHULTZ:  Let the record

16        reflect that this is the deposition

17        of Renata Bergman, being taken in

18        the case of ADT Security Systems

19        versus Elephant Group, et al.

20        Today's deposition is being taken

21        pursuant to notice and continued to

22        today's date by agreement of the

23        parties.

24       Q.    Ms. Bergman, have you ever

25  been deposed before?

```
 1              RENATA BERGMAN
 2        A.    Yes, once or twice in the
 3   past, yes.
 4        Q.    When was the last time you
 5   gave a deposition?
 6        A.    It had to be at least ten
 7   years ago.
 8        Q.    I am going to go over a couple
 9   of groundrules with you then, and hope to
10   make sure that we are all on the same
11   page.  And I think this is especially
12   important when we are doing this by
13   telephone because it's a little bit
14   tougher for our court reporter as well as
15   for us to talk and make sure we are
16   communicating in a way that is going to
17   come across on the record.  Okay?
18        A.    Okay.
19        Q.    I am here today to ask you a
20   series of questions, and your job is to
21   answer them to the best of your ability.
22   Do you understand that?
23        A.    Yes.
24        Q.    And you are being presented
25   today pursuant to what is called Federal
```

```
 1              RENATA BERGMAN
 2   Rules of Civil Procedure 30(b)(6).  Do
 3   you know what that means?
 4        A.    Generally, yes, that I'm --
 5   yes.
 6        Q.    Are you aware that you are
 7   being produced as a corporate
 8   representative?
 9        A.    Yes.
10        Q.    And you understand that the
11   testimony you are giving today is not
12   based just on what you personally know
13   but any information that you may have
14   learned, and you are speaking on behalf
15   of the corporation?
16        A.    Yes.
17        Q.    If at any point during today's
18   deposition I ask you a question that you
19   don't understand, please just ask me to
20   rephrase it.  It's my job to make the
21   question clear to you.  Okay?
22        A.    Yes.
23        Q.    And if you could keep giving
24   verbal answers like the yeses and noes
25   that you are doing right now, we would
```

```
 1              RENATA BERGMAN
 2   appreciate that, especially by phone,
 3   because I can't see any shakes of the
 4   finger or shakes of the head or something
 5   you might give.  Okay?
 6        A.    Understood.
 7        Q.    And you are doing a great job
 8   of this.  If you could let me fully ask
 9   my question before you give an answer, so
10   that we are not talking over each other,
11   then I will try to give you the same
12   courtesy.  Okay?
13        A.    Yes.
14        Q.    And then if at any point in
15   time I ask you a question -- I'm sorry, I
16   did that.  But if at any time you need to
17   take a break or anything, just let me
18   know and we will accommodate that.  This
19   is not an endurance contest or anything
20   like that.  Okay?
21        A.    Yes.
22             MR. SCHULTZ:  Jack, can you
23         show the witness the amended notice
24         of deposition, and mark that as
25         Exhibit 1.
```

```
 1              RENATA BERGMAN
 2              (ADT Exhibit 1 for
 3         identification, Second Amended
 4         Notice of Deposition.)
 5         Q.    Ms. Bergman, the court
 6    reporter has handed you an exhibit marked
 7    Exhibit 1.  It is a notice of deposition.
 8    Have you ever seen that before?
 9         A.    I've seen a version of this.
10    I didn't see the one dated June 27.
11         Q.    Most importantly, though, on
12    the second and third pages there is a
13    list of 17 different topics.  Do you see
14    that?
15         A.    Yes.
16         Q.    Those are the various topics
17    that we are here to talk about in today's
18    deposition, and I understand that you are
19    going to be the corporate representative
20    for some but not all of those topics.  Is
21    that your understanding as well?
22         A.    Yes.
23         Q.    Going through this list, and
24    you can do it whichever way is easier,
25    can you tell me either the topics that
```

1            RENATA BERGMAN

2  you are prepared to testify about or the

3  ones that you are not?

4      A.   Yes.  I'm prepared to testify

5  on number 13, 14, 15 and 16.

6      Q.   I want to make sure I was

7  perfectly clear, the topics that you are

8  going to testify on is 13, 14, 15 and 16?

9      A.   Yes, sir.

10      Q.   And your understanding is that

11  a different witness will testify on

12  topics 1 through 12 as well as number 17?

13      A.   Not me, yes.

14      Q.   The good news for you, I

15  guess, is that's probably going to make

16  your deposition a lot shorter.

17      A.   That's good news.  Thank you.

18      Q.   And we talked about this

19  briefly, but you understand that when you

20  testify on the topics 13, 14, 15 and 16,

21  you are doing so as ADT's corporate

22  representative; right?

23      A.   Yes, sir.

24      Q.   And the answers that you

25  provide are as if ADT itself was

Page 10

```
 1              RENATA BERGMAN
 2  speaking.  Do you understand that?
 3      A.    Yes.
 4      Q.    During the course of preparing
 5  for today's deposition, what did you do,
 6  if anything, to prepare to speak on those
 7  four topics?
 8      A.    I met with two attorneys for
 9  ADT, and actually reviewed a series of
10  communications and some documentation to
11  refresh chronology, and those kinds of
12  things.
13      Q.    What two attorneys did you
14  meet with?
15      A.    Sara Goldberg and Dan McGrath.
16      Q.    Dan McGrath?
17      A.    Dan McGrath, yes.
18      Q.    Who is Dan McGrath?  Is he an
19  ADT internal counsel or is he outside
20  counsel?
21      A.    He's internal counsel.
22      Q.    How often did you meet with
23  Sara and Dan?
24      A.    Well, since this deposition,
25  the schedule changed three times, I met
```

Page 11

1          RENATA BERGMAN
2    with Dan and Sara once, and then with
3    Sara one more time after that.
4        Q.    And what documents did you
5    look at to refresh your recollection?
6        A.    We looked at this deposition
7    notice.  We looked at a series of email
8    communications.  For the most part, some
9    policy documents were used as reference,
10   but I'm relatively familiar with them
11   already.
12       Q.    Is there any information that
13   you feel you still need before you could
14   fully testify on topics 13 through 16?
15       A.    Not that I'm aware of.
16       Q.    And as you sit here today, do
17   you feel that you are the person at ADT
18   that is most qualified to testify on
19   those topics?
20       A.    Yes.
21       Q.    And, in your mind, do you feel
22   that you are fully prepared to testify on
23   those topics?
24       A.    Yes.
25       Q.    Is there any reason why you

1            RENATA BERGMAN

2    feel that we can't go forward with your

3    deposition here today?

4         A.    No, sir.

5         Q.    Just by way of background --

6    is it okay if I call you Renata?

7         A.    Please, yes.

8         Q.    Renata, I am Jim, by the way,

9    if you need to interrupt me.

10            Just as backup, do you have an

11    understanding of what this case is about?

12        A.    Yes.

13        Q.    Can you explain that to me?

14        A.    It involves unsolicited

15    outbound telemarketing by unauthorized

16    third parties of Elephant

17    Group/Saveology.

18        Q.    So, in broadest form, would

19    you say it's got to do about

20    telemarketing of ADT products and

21    service?

22            MS. GOLDBERG:  Objection to

23        form.

24        Q.    If that's not fair, then

25    correct me.

1           RENATA BERGMAN

2       A.    Indirect marketing of ADT

3  products and services.

4       Q.    And what is your relationship

5  with the indirect telemarketing of ADT's

6  products and services?

7       A.    I am a -- I had a primary role

8  in building the contact compliance team,

9  which basically is active in the

10  marketing and telemarketing space of

11  ADT's programs for our direct and

12  indirect programs.  So I'm a technical

13  consultant.

14      Q.    Is it fair to say then that

15  ADT generally has two different marketing

16  programs, the direct program and the

17  indirect program?

18      A.    Well, we telemarket ourselves,

19  and then we have an indirect program,

20  yes.

21      Q.    Can you just briefly describe

22  what the direct telemarketing of ADT,

23  what does that consist of?

24      A.    Well, it's typically ADT, with

25  its own employees, doing its own selling

```
1                RENATA BERGMAN
2   and its own business activities, you
3   know, by employees of the organization.
4        Q.    And how do they do that?  Is
5   it mailing, is it email, is it faxing, is
6   it phone calls?  How do ADT employees go
7   about marketing ADT products and
8   services?
9            MS. GOLDBERG:  Objection to
10       form.  Can you give us a time frame
11       for this question?
12       Q.    Let's talk about during the
13  class period.  How about from 2007 to
14  2013?
15       A.    Yes.  There's a series of
16  things that we do generally, but we have
17  a direct mail program.  We have
18  advertising.  We do have a series of web
19  forums.  We have call centers that take
20  inbound calls.  And there's -- we do web
21  banners.  You know, there's a series of
22  things that we do with our customers and
23  with consumers that actually reach out to
24  us to ask about our products and
25  services.
```

1               RENATA BERGMAN

2        Q.    And how many call centers does

3   ADT operate?

4        A.    ADT operates one -- well, they

5   operate multiple call centers, but they

6   are not all marketing centers.  They have

7   one marketing center.

8        Q.    And where is that marketing

9   center located?

10        A.    Jacksonville, Florida.

11        Q.    And how many employees work in

12   the marketing center, doing the

13   telemarketing?

14        A.    Well, it's primarily an

15   inbound telemarketing center.  At last

16   count there were about 450 employees on

17   the inbound side.  There's a very small

18   outbound team that's under 75

19   individuals.

20        Q.    That's exactly where I was

21   heading.

22              Most of the calls, then, that

23   ADT is handling are inbound calls?

24        A.    A majority, yes, sir.

25        Q.    Has that been basically true

```
 1              RENATA BERGMAN
 2   since 2007?
 3        A.    Yes.
 4        Q.    But you said you've got
 5   approximately 75 employees that do
 6   outbound calling?
 7        A.    Yes, a small team that does
 8   outbound, yes, sir.
 9        Q.    The outbound team of 75
10   employees, are those full-time employees?
11        A.    Yes, sir.
12        Q.    And where do those individuals
13   get the telephone numbers that they use
14   to make calls?
15        A.    A majority of those are coming
16   from lead generation programs, with
17   partners that work with ADT.  They are
18   coming into that center and actually
19   processed for the outbound through our
20   compliance process.
21        Q.    Beginning in 2007, what
22   vendors did ADT use to generate leads?
23        A.    We were using a company called
24   EMSI, whose name has changed.  I believe
25   their now name is Budco and I think
```

Page 17

1              RENATA BERGMAN

2   recently in the last two months the name

3   changed again.  I think it's the Dialogue

4   Company, but, for the most part, they

5   have been working with ADT for a number

6   of years.

7        Q.    And has that been the

8   exclusive lead generation vendor that ADT

9   has used for the direct marketing since

10  2007?

11       A.    They are a primary provider,

12  yes, sir.

13       Q.    Are there others?

14       A.    Not that I'm aware of.

15       Q.    Let's talk then about the

16  indirect telemarketing of ADT.  What does

17  the indirect telemarketing process of ADT

18  since 2007 consist of?

19       A.    The indirect marketing was

20  primarily a party of three companies that

21  did mostly lead generation for the ADT

22  authorized dealers.

23       Q.    Renata, I appreciate that last

24  answer, but, again, I'm a little slow.

25  So can you just maybe say that again in

Page 18

1              RENATA BERGMAN
2   more common use language, what you
3   actually meant?
4       A.    Yes.  ADT has authorized
5   dealers that work independently of ADT.
6   We had three companies that actually
7   worked on providing lead generation, so
8   leads for marketing purposes, that was
9   their exclusive role.  Those companies go
10  out and do direct marketing, advertising,
11  web ads, banners, things like that, to
12  generate leads.  And then those leads
13  would then be qualified and provided to
14  the ADT authorized dealers that
15  potentially would help close the sale.
16      Q.    Got it.
17            And who are those three
18  entities or vendors that did that?
19      A.    Trident was one of those
20  companies, Security Choice, and Elephant
21  Group/Saveology.
22      Q.    Security Choice, did you say?
23      A.    Security Choice, yes, sir.
24      Q.    And are those three entities
25  still working for ADT doing lead

1                RENATA BERGMAN

2    generation?

3         A.    Two of them are, Trident and

4    Security Choice.

5         Q.    Elephant Group is no longer?

6         A.    No.

7         Q.    Do you have an understanding

8    of what happened to the Elephant Group

9    relationship?

10        A.    Yes.  Yes, I do.

11        Q.    What happened?

12        A.    The lawsuit, Desai lawsuit,

13   was filed.  ADT mounted an in-depth

14   investigation as part of discovery.

15   There were some noncompliance activities

16   discovered.  Elephant Group was asked to

17   stop using unauthorized third parties.

18   They were required to actually complete

19   detailed forms on those third parties and

20   submit them to ADT for evaluation.  And

21   there was a subsequent audit done on

22   Saveology.

23        Q.    Was that type of discovery

24   also done in relation to Trident and

25   Security Choice?

Page 20

```
 1                  RENATA BERGMAN
 2        A.    We have always mounted a very
 3   due diligent contact compliance program,
 4   that's what we call it, so the due
 5   diligence was always in-depth.  I would
 6   say that as a result of the lawsuit there
 7   was a reason to question maybe what we've
 8   been told in the Saveology/Elephant Group
 9   circumstance, and so it warranted a, I
10   guess you'd call it a deeper dive.
11        Q.    And so there was nothing that
12   ADT found during discovery in the Desai
13   lawsuit that you felt compelled a deeper
14   dive as it relates to Trident and
15   Security Choice?
16             MS. GOLDBERG:  Objection,
17        irrelevant.
18        Q.    You could still answer the
19   question.
20        A.    I can still answer the
21   question?
22             No, not that I'm aware of.
23        Q.    What is the contact compliance
24   program?  What does that mean?
25        A.    That's what we call all of the
```

```
 1                 RENATA BERGMAN
 2    processes that relate to telemarketing
 3    and marketing programs.  Everything from
 4    our guidelines that require ADT and our
 5    partners in this space to adhere to law,
 6    to regulations, to the TCPA, to the TSR,
 7    to make sure they are compliant and they
 8    maintain compliance, everything from that
 9    to the guidelines that require a third
10    party to get express consent explicitly
11    from ADT to assign any responsibility to
12    third parties.
13          Q.    Is there an individual at ADT
14    that is responsible for running or
15    operating or supervising the contact
16    compliance program?
17          A.    No.  It's actually a team of
18    dedicated professionals, fully compliant.
19    It consists of a complaint team, ADT's
20    legal, technical consultants.  It's
21    really a group of dedicated professionals
22    that actually oversee the space.
23          Q.    How many professionals are
24    dedicated to overseeing the space then?
25          A.    I'd say probably seven or
```

1    RENATA BERGMAN

2    eight on a regular basis, including our

3    complaint team.

4        Q.    Has that been true since 2007?

5        A.    Yes, sir.

6        Q.    Has the number fluctuated at

7    all or has it been consistent between

8    approximately seven or eight since 2007

9    to the present?

10        A.    I'd say we probably added

11    people to our complaint team, one or two

12    people to our complaint team.  That's

13    really been the only change.

14        Q.    But it's roughly stayed the

15    same?

16        A.    Yes.

17        Q.    Is there one person on that

18    team who is either the highest ranking

19    supervisor or the person that's

20    ultimately in charge?

21        A.    No.  It's kind of a

22    dotted-line organization.  There's a

23    complaint team with a manager there.

24    There's the legal participation, with a

25    manager there.  There's the business

1          RENATA BERGMAN

2     manager of contact compliance.

3               And then there are the

4     participants from the channel, the dealer

5     channel, of the program overall.  And

6     then there could be a partner manager

7     involved in these individual partners

8     which is outside of contract compliance.

9          Q.    Renata, is part of what you do

10    serving on this team?

11         A.    Yes.

12         Q.    And were you involved in any

13    of the either discovery or what you

14    called the deep dig into Elephant Group?

15         A.    No, sir.

16         Q.    Do you have any knowledge

17    about the results of that deep dig into

18    Elephant Group?

19         A.    Beyond that we audited, that

20    they were audited, and that we no longer

21    use them, no.

22         Q.    Do you know what like the

23    results of that audit were?

24         A.    No.

25         Q.    And are you aware of -- I

1                    RENATA BERGMAN

2    think you said earlier that there was

3    some noncompliance activity that was

4    discovered related to Elephant Group

5    during the Desai litigation.  Are you

6    aware of what that noncompliance activity

7    was?

8        A.    Specifically, third parties

9    were engaged that were not approved by

10   ADT.  There was no express consent given

11   to use third parties.

12        Q.    And these were third parties

13   being used to generate additional leads?

14        A.    Unsolicited outbound

15   telemarketing.

16        Q.    So your understanding is that

17   Elephant Group had hired a third party,

18   or third parties, to perform outbound

19   telemarketing?

20        A.    Yes.

21        Q.    And by outbound, you mean

22   making phone calls; right?

23        A.    Yes, sir.

24        Q.    I just want to make sure

25   that's clear.

1              RENATA BERGMAN

2      A.    Yes.

3      Q.    Do you have an understanding

4  of what vendors or what entities Elephant

5  Group hired, what these third parties

6  were?

7      A.    Only because of the

8  investigation.  We did have -- there was

9  one partner that we were communicating

10 with Saveology about just before Desai

11 was filed, three weeks before Desai, and

12 we were in the midst of communicating and

13 asking for information.  We were

14 reassured by Saveology that that partner

15 was not making outbound calls.

16          But other than that, I'm

17 familiar with two names of partners that

18 were involved in the investigation.

19     Q.    And what are those two names?

20     A.    Paramount and EMI.

21     Q.    Is it your understanding that

22 Elephant Group hired Paramount?

23     A.    It's my understanding that

24 they were using third-party services from

25 that partner, yes, sir.

```
 1              RENATA BERGMAN
 2        Q.    And do you have an
 3   understanding as to whether or not
 4   Elephant Group hired EMI?
 5        A.    I don't.
 6        Q.    Are you aware, in preparing
 7   for the deposition and reviewing
 8   documents, did you see anything that
 9   suggested that Elephant Group at any
10   point in time hired EMI?
11        A.    Not explicitly, no.
12        Q.    Is there anything implicitly,
13   something that you saw that led you to
14   believe that EMI may have been hired by
15   Elephant Group?
16        A.    I think the communication at
17   that time was really more investigatory.
18   We were asking for substantiation on
19   alleged consumer complaints.  And in that
20   process, if the caller ID or the vendor
21   name came up, we would include that in
22   our inquiry to Saveology.  And at that
23   point we were reassured, we had no reason
24   to doubt the information we were being
25   provided, until the lawsuit was filed.
```

Page 27

1          RENATA BERGMAN
2      Q.    Did ADT ever investigate,
3  during the course of discovery, whether
4  or not Trident had hired any third
5  parties to do lead generation for them?
6      A.    Lead generation was not an
7  issue of concern, but -- no, I have no
8  knowledge of that.
9      Q.    Did ADT ever investigate
10  whether or not Security Choice had hired
11  any third parties to perform lead
12  generation for them?
13      A.    I would say no, but the
14  investigation was a result of the lawsuit
15  being filed, the deeper dive.
16      Q.    So is it fair to say, then,
17  that the deeper dive only related to
18  Elephant Group and not Trident or
19  Security Choice?
20          MS. GOLDBERG:  Objection to
21      form.
22      Q.    You can still answer.
23      A.    Ask again.  I'm sorry.
24      Q.    Would it be fair to say, then,
25  that what we're calling the deeper dive,

```
 1              RENATA BERGMAN
 2   as a result of this lawsuit, was only
 3   made in relation to Elephant Group and
 4   not Trident and Security Choice?
 5      A.   I think it's fair to say that
 6   the focus of that investigation as a
 7   result of the Desai lawsuit was on
 8   Saveology and their compliance and
 9   practices, yes.
10      Q.   Just for the record here, when
11   we're talking about Elephant Group and
12   Saveology, is it your understanding that
13   those are the same companies, basically?
14      A.   Yes.
15      Q.   And it seems that I'm saying
16   Elephant Group and you're saying
17   Saveology, but you understand those are
18   the same then?
19      A.   Yes.
20      Q.   And I'm going to try to adjust
21   and I'm going to start calling them
22   Saveology, but when we say Saveology
23   would it be fair that we're talking about
24   both Saveology and Elephant Group?
25      A.   Yes, sir.
```

1              RENATA BERGMAN
2          MR. SCHULTZ:  Jack, in the
3      exhibits we sent over, there was
4      something that's titled the "ADT
5      Third Party Marketer Due Diligence
6      Request."
7          Sara, this is designated as
8      confidential.  Do you guys want to
9      not mark this and we'll just
10     reference it by Bates numbers, or
11     do you care?
12         MS. GOLDBERG:  It's fine.  You
13     can mark it as an exhibit.
14         MR. SCHULTZ:  I just don't
15     want to break any confidentiality
16     rules.
17         If we can mark that as Exhibit
18     No. 2.
19         (ADT Exhibit 2 for
20     identification, document entitled
21     "ADT Third Party Marketer Due
22     Diligence Request," Bates stamped
23     ADT 0000941 through 0000947.)
24     Q.    Renata, could you take a look
25  at this.  I want you to just familiarize

```
 1              RENATA BERGMAN
 2   yourself with the form there.  If you
 3   could let me know once you have had a
 4   chance to look through it.
 5        A.    All right.  Ready.
 6        Q.    Have you ever seen -- again,
 7   without going into the specific contents
 8   of the fill in the blanks, the
 9   handwritten fill in the blanks, again, I
10   just want to talk about this form.  Have
11   you ever seen this form before?
12        A.    Yes.
13        Q.    Can you just describe for us
14   what the form is?
15        A.    The form is for an ADT vendor
16   to submit a third party for express
17   written permission by ADT to use that
18   third party for the services described.
19        Q.    And would this form then be
20   something that would be provided to all
21   of the ADT authorized marketers, like
22   Trident, Security Choice, and what used
23   to be Elephant Group, or Saveology?
24        A.    Yes, it would have been.  When
25   this form was used, it was actually for
```

```
 1                  RENATA BERGMAN
 2   the purpose of getting ADT's express
 3   written permission to use the third party
 4   for whatever service was described.
 5       Q.    And would this form also apply
 6   to the authorized sellers or just for the
 7   marketers of ADT?
 8       A.    You're talking about
 9   authorized sellers being -- it's too
10   broad a term for me to respond.
11           MS. GOLDBERG:  Objection to
12       form.
13       Q.    I'm sorry, let me just move
14   on.
15       A.    Okay.
16       Q.    Do you know when this form,
17   Exhibit 2, was first created?
18       A.    I know that it was -- this
19   form was -- I don't know exactly when,
20   but I know it was after the Desai lawsuit
21   was filed, and we intended to make this
22   an easier process for our partners to
23   actually submit their requests and make
24   them detailed.
25       Q.    Was there a form that operated
```

1          RENATA BERGMAN

2    the same way as far as being used for the

3    third parties to obtain the express

4    written permission of ADT to use third

5    parties?  Did ADT have a predecessor form

6    to this that they used prior to the Desai

7    lawsuit?

8         A.    Not that I'm aware of, but

9    they were required to submit a -- they

10   were required to adhere to the express

11   written consent submission and approval

12   process for any third party assignment,

13   under the contract.

14        Q.    Would it be fair to say that

15   this form was then created by ADT in

16   response to the Desai lawsuit?

17        A.    I think it's fair to say that

18   we formalized this document to make it

19   easier and to give these partners an

20   opportunity to provide all of the

21   information or extended information.

22        Q.    And was this a form then that

23   ADT provided to Trident, Security Choice

24   and Elephant Group?

25        A.    It would have been, yes.

1              RENATA BERGMAN

2        Q.    Prior to the implementation of

3   this form, had ADT ever received a

4   request in writing from Elephant Group to

5   use a third-party vendor to assist in

6   their lead generation?

7        A.    I wouldn't have that direct

8   knowledge.  I didn't have any affiliate

9   approval role.

10       Q.    Who would be in charge or who

11  would be involved in the affiliate

12  approval role?

13       A.    At that time, it would have

14  been Steve Gribbon, VP of sales, in

15  conjunction with ADT legal.

16       Q.    I am going to ask you the same

17  question, but I suspect I know the answer

18  already.  But are you aware of whether or

19  not either Trident or Security Choice had

20  ever asked for written permission to use

21  a vendor prior to the Desai lawsuit?

22       A.    No.  It wasn't part of my

23  role, no.

24       Q.    I understand.  I just thought

25  I'd ask.

Page 34

1              RENATA BERGMAN
2              Did you have any involvement
3    then in the vendor approval or the
4    process?
5         A.    No.  No, sir.
6         Q.    So if there had been a
7    modification to the approval process
8    whereby ADT and a vendor may have agreed
9    that the approval could be given orally,
10   would you have any knowledge about that?
11        A.    I don't have that knowledge.
12   And I would answer by --
13        Q.    Have you reviewed any of the
14   depositions that have been taken in this
15   case?
16             MS. GOLDBERG:  I think she was
17        still talking.
18        A.    I guess I would qualify that
19   by saying that express written consent
20   was required in the contract, and it was
21   explicit.  So, to my knowledge, that
22   process was never altered.
23        Q.    And, again, your role with
24   ADT, though, wasn't involved in the
25   execution of that process at all, was it?

Page 35

1          RENATA BERGMAN

2      A.    I was not involved in

3  affiliate approval, no.

4      Q.    And if there had been a

5  modification to the affiliate approval

6  process, is that something that likely in

7  the regular course of your job you would

8  have been made aware of?

9      A.    I guess it depends on what

10  level.  If there was a change to our

11  guidelines, or, you know, what we were

12  asking our partners to adhere to,

13  generally I would be aware of a policy

14  change.  But I would not be aware of a

15  specific explicit change in this form.

16      Q.    This form didn't exist before

17  the Desai lawsuit; right?

18      A.    In its current iteration here,

19  no.  But the obligation to get express

20  written consent from ADT, in writing, to

21  use these third parties, was an

22  obligation explicitly stated.

23      Q.    Would the in-writing

24  permission be satisfied by an exchange of

25  emails?  Would ADT consider that to be

```
 1                RENATA BERGMAN
 2   express written permission?
 3        A.    I would say not likely.  It
 4   would have to be approved by both Steve
 5   Gribbon and ADT legal.
 6        Q.    Let me just talk specifics.
 7   Have you had an opportunity to review any
 8   of the depositions of any of the
 9   employees of Saveology?
10        A.    No.
11        Q.    So are you aware of any of the
12   testimony that they have provided as it
13   relates to the approval process for the
14   use of affiliates?
15        A.    No, sir.
16        Q.    Are you aware that Saveology
17   is taking the position in this lawsuit
18   that ADT would orally approve the use of
19   certain affiliates by Saveology?
20        A.    No.
21        Q.    Do you know when ADT first
22   became aware that Saveology was using
23   Paramount?
24        A.    I believe it was three weeks
25   before Desai was filed, approximately.
```

Page 37

1          RENATA BERGMAN

2      Q.    So that would be -- do you

3  have an understanding of when that would

4  have been?

5      A.    Well, Desai was March 2011, so

6  it was a few weeks prior to that filing.

7      Q.    So sometime maybe in late

8  February or early March of 2011?

9      A.    Yes, beginning of March, or

10 late February, early March.

11     Q.    And as ADT became aware of

12 Saveology's use of Paramount, what

13 response did ADT make?

14     A.    The typical complaint process,

15 to give you just a little bit of

16 understanding, is when a consumer calls

17 in a complaint we log that complaint and

18 investigate.  If they provide a caller ID

19 or the name of a third party, we tender

20 that complaint and all the details to the

21 third party.

22          So in this case we would have

23 received a complaint and tendered that

24 complaint to Saveology, and we were in

25 the midst of that investigative period,

Page 38

1          RENATA BERGMAN

2    getting documentation and/or feedback

3    from Saveology formally on that

4    complaint.

5          Q.    And do you know what complaint

6    that was?

7          A.    Specifically, no.  But I know

8    that shortly thereafter we were reassured

9    by Saveology that Paramount was not

10   making unsolicited outbound calls on

11   their behalf.

12         Q.    Do you know what the results

13   of the investigation into that complaint

14   were?

15         A.    Specifically, no.

16         Q.    Do you know if the person that

17   was making the complaint was either Desai

18   or Charvat, the plaintiffs in this

19   lawsuit?

20         A.    No.

21         Q.    So sometime, say, in March of

22   2011, by March of 2011 ADT was aware that

23   Saveology was using Paramount then;

24   correct?

25              MS. GOLDBERG:  Objection to

Page 39

```
 1              RENATA BERGMAN
 2       form.  You can answer.
 3       A.    I would say that we had an
 4  alleged complaint that was pointing to
 5  the use of third parties.  We were
 6  exchanging investigative information with
 7  Saveology, asking them to substantiate.
 8  They had responded with a reassurance
 9  that Paramount was not making unsolicited
10  outbound calls on their behalf.  And we
11  didn't have a reason to doubt Saveology.
12            I think what's -- you know, I
13  think it's important to understand that
14  the complaints we tendered were
15  addressed.  Documentation was provided.
16  And there was a low number of complaints
17  involved.
18       Q.    So when you say that there
19  were investigative documents provided,
20  what documentation are you talking about?
21       A.    Well, typically we would --
22  this was primarily an email exchange to
23  start.  Our complaint team would tender
24  the alleged information about the
25  complaint, what the consumer said, who
```

Page 40

1                    RENATA BERGMAN

2    called, what caller ID they used, did

3    they mention a company name other than

4    ADT during the conversation, and that

5    would be tendered in its entirety to the

6    third party named, or the partner named,

7    like Saveology.

8              So that would go typically to

9    Daphne Fernandes, and then Daphne was

10   given a window of opportunity to respond.

11   She would respond typically with an

12   opt-in substantiation, that the call had

13   come in to Saveology, and basically

14   demonstrate whether there was an issue, a

15   process gap, or anything like that

16   associated with the particular complaint,

17   did they make a return call, what were

18   the circumstances of that activity.

19        Q.   So as it relates to this

20   complaint in which Paramount was

21   identified and Saveology assured that

22   they weren't making outbound calls --

23        A.   That they were not.

24        Q.   -- do you know, did Saveology

25   provide substantiation of the opt-in?

```
                                                      Page 41
 1                 RENATA BERGMAN
 2        A.    Saveology provided
 3    documentation in response that said
 4    Paramount was not making outbound calls
 5    for them.
 6        Q.    Are you aware of any examples
 7    where there was a complaint that was
 8    forwarded to Saveology where they were
 9    unable to provide substantiation of the
10    opt-in?
11        A.    We have a small number of
12    complaints.  I am not.  Everything that
13    we tendered to Saveology was answered
14    either with opt-in documentation or
15    reassurance that a third party was not
16    being used, and they substantiated all
17    the compliance activity necessary to
18    satisfy the complaint.
19              Paramount, like I said, was in
20    investigation just before Desai was
21    filed, and we received assurance from
22    Saveology on that complaint.
23        Q.    I just want to make sure I
24    understood that.  Is it your
25    understanding, then, Renata, as you sit
```

```
 1                    RENATA BERGMAN
 2    here today, that at no point in time did
 3    ADT obtain a complaint that involved
 4    Saveology where Saveology was not able to
 5    provide substantiation of the opt-in?
 6         A.    I would say of the 19
 7    complaints we had on file, they were all
 8    addressed to our satisfaction, and that
 9    was prior to Desai being filed and the
10    deeper investigation.
11         Q.    In approximately -- and,
12    again, the exact date doesn't matter, but
13    it's a period of about three weeks before
14    the Desai case was filed, it was at that
15    point in time when Saveology told ADT
16    that they were using Paramount?
17              MS. GOLDBERG:  Could you
18         repeat that, Jim?
19         Q.    I think you said before that
20    about three weeks before the Desai
21    litigation is where ADT received a
22    complaint that related to calls involving
23    Paramount.  Is that fair?
24         A.    Involving alleged activity
25    from a company named Paramount, yes.
```

1          RENATA BERGMAN

2     Q.    And as part of the

3  investigation by ADT, did you determine

4  that Saveology was using Paramount to

5  generate leads?

6     A.    I would say that before Desai

7  was filed we got reassurance from

8  Saveology that they were not using

9  Paramount.  I think that any discovery

10 after Desai was filed might have pointed

11 to the fact that that reassurance was not

12 valid.

13    Q.    What was the assurance then?

14 Because I thought the assurance was that

15 Paramount wasn't making outbound calls,

16 as opposed to not using them.

17    A.    These partners -- it's not

18 unusual to have a relationship with third

19 parties for lead generation and web ads

20 and advertising, so that's not unusual.

21 What's the prohibition here is

22 unsolicited outbound calls.

23         So we were reassured that

24 Paramount was not involved in any

25 activity like that.  They were not acting

```
 1              RENATA BERGMAN
 2   on Saveology's behalf and making
 3   unsolicited outbound calls.
 4              MR. SCHULTZ:  I apologize for
 5        this, but could you read that
 6        answer back, please.
 7              (Requested portion of record
 8        read.)
 9        Q.    So is it ADT's understanding
10   that Paramount was making outbound calls?
11              MS. GOLDBERG:  Objection to
12        form.  If you could give a time
13        frame perhaps for the question.
14              MR. SCHULTZ:  Okay, we will
15        break it down.
16        Q.    At any point in time, did ADT
17   determine that Paramount was making
18   outbound calls on behalf of or for
19   Saveology?
20        A.    I can say that I think the
21   investigation demonstrated that there
22   were third parties acting on Saveology's
23   behalf that were not given express
24   written consent by ADT, so they assigned
25   responsibilities to third parties that
```

Page 45

```
 1            RENATA BERGMAN
 2   did not have ADT's consent.
 3        Q.    And those responsibilities
 4   that were being assigned, what
 5   responsibilities?
 6        A.    Outbound, unsolicited outbound
 7   telemarketing.
 8        Q.    And the third parties that
 9   Saveology hired without the consent of
10   ADT to make the outbound calls were who?
11        A.    I know of Paramount and EMI.
12        Q.    Is there any others that
13   you're aware of?
14        A.    We had a complaint involving a
15   vendor Savilo.
16        Q.    And is it your understanding
17   that Savilo made outbound calls as well?
18        A.    I think that the discovery
19   from the lawsuit demonstrated that these
20   partners did not have permission, ADT's
21   express written consent, to have any
22   responsibilities assigned to them under
23   the contract by Saveology.
24        Q.    And those responsibilities
25   would have been related to making
```

```
1              RENATA BERGMAN
2   outbound calls?
3        A.    Unsolicited outbound
4   telemarketing, yes.
5        Q.    Got it, okay.
6              And so I've been dancing
7   around, I'm trying to get an answer to
8   this question, though.  Did ADT become
9   aware that Saveology was using Paramount
10  then in approximately March of 2011,
11  three weeks before the Desai lawsuit?
12       A.    ADT received an alleged
13  complaint that a company named Paramount
14  was involved in a telemarketing call that
15  we tendered to Saveology.  So at that
16  point we tendered the complaint to
17  Saveology.  Daphne Fernandes responded
18  and reassured us that Paramount was not
19  involved.
20       Q.    Did Daphne advise ADT that
21  they were using Paramount but just not to
22  make outbound calls, or did she say --
23       A.    No, sir.
24       Q.    -- that Saveology was not
25  using Paramount?
```

Page 47

1                    RENATA BERGMAN
2        A.    Do you have a document you
3    want me to look at and get familiar with
4    on this particular exchange?  Would that
5    be helpful?
6        Q.    No.  If there's a document you
7    think exists, that would be fine.  But it
8    seems to me, and I'm not trying to be
9    difficult, Renata, but it seems to me
10   like you are trying to draw a distinction
11   between what role Paramount was being
12   used as.  My question is just more
13   general.
14              What I want to know is when
15   did ADT first become aware that Saveology
16   was using Paramount in any way to help
17   effectuate the ADT Saveology contract?
18       A.    After Desai was filed.
19       Q.    After Desai was filed?
20       A.    Yes, sir.  An alleged
21   complaint is exactly that.  We tender it
22   to the partner and give them an
23   opportunity to provide substantiation,
24   and Saveology did, and reassured us they
25   were not using Paramount.

Page 48

1           RENATA BERGMAN

2      Q.    How long after the Desai

3   lawsuit was filed, then, did ADT become

4   aware that Saveology was using Paramount?

5      A.    That was part of the in-depth

6   discovery and investigation that was a

7   part of the lawsuit, so I couldn't tell

8   you.  But I know that it was after March

9   2011, sometime after March.

10      Q.    The reason why I'm asking, I'm

11   just wondering, how far after, do you

12   know?  And if you don't know, don't

13   speculate.

14      A.    No.  I don't.  I'm sorry, I

15   don't.

16      Q.    What did ADT find out after

17   the lawsuit, while doing a deep dive,

18   that Saveology was having Paramount do?

19      A.    I don't know the specifics.

20   As I said, we did ultimately audit

21   Saveology.  They were required to stop

22   using all third parties that were not

23   given express written consent by ADT,

24   submit this detailed form on those

25   parties, and ADT reviewed those requests

```
 1              RENATA BERGMAN
 2   for use of those parties.  So that's what
 3   I know.
 4        Q.    Got it.
 5              This audit that was done of
 6   Saveology by ADT, were you involved in
 7   that audit?
 8        A.    No, sir.
 9        Q.    Are you aware of the results
10   of that audit?
11              MS. GOLDBERG:  Objection to
12        the extent it calls for
13        attorney-client privilege.
14              You can answer without
15        revealing --
16        A.    What I know is when it was
17   conducted, and that it was conducted by a
18   law firm.  That's the extent of what I
19   know.
20        Q.    Do you know what law firm?
21        A.    No, sir.
22        Q.    Did ADT, independent of
23   anything that they were told by a lawyer,
24   but did ADT reach any conclusions as to
25   whether or not Elephant Group was
```

1          RENATA BERGMAN

2  complying with ADT's telemarketing rules

3  and guidelines?

4       A.    As a result of that audit?

5       Q.    Yes.

6       A.    I don't have that information.

7       Q.    Independent of that audit, in

8  any other capacity, did ADT reach any

9  conclusions as to whether or not

10 Saveology was operating in compliance

11 with ADT's telemarketing rules and

12 guidelines?

13          MS. GOLDBERG:  Objection to

14      the extent it calls for a legal

15      conclusion.

16          You can answer it, to the

17      extent you can answer it, without

18      legal knowledge.

19      A.    I would say that, prior to

20 Desai being filed, ADT had a small number

21 of complaints involving Saveology.  They

22 were tendered to Saveology for

23 substantiation.  In each case they

24 provided that documentation,

25 substantiated the compliance activity

1                    RENATA BERGMAN

2    that occurred, and we had no reason to

3    doubt Saveology up to the point that the

4    lawsuit was filed.

5        Q.    Did the filing of the lawsuit

6    change that conclusion?

7        A.    The filing of the lawsuit

8    initiated an( in-depth investigation, and

9    as a result the facts, the discovery that

10   occurred, at least helped ADT understand

11   that a portion of the contractual

12   relationship was not being met, the

13   express written consent.

14       Q.    And what portion of the

15   contractual relationship wasn't being

16   met, according to ADT?

17       A.    The express written consent to

18   assign any responsibilities under the

19   contract to third parties had not been

20   met.

21       Q.    Any others?

22       A.    Not that I'm aware of.

23       Q.    And I think we talked about

24   this a little bit before, but I want to

25   make sure I fully understand and give you

Page 52

1              RENATA BERGMAN

2      an opportunity to fully answer the

3      question.

4              Saveology's failure to comply

5      with ADT's telemarketing rules and

6      guidelines related to obtaining express

7      written consent, that had to do with

8      Saveology hiring vendors or affiliates to

9      assist them; correct?

10             MS. GOLDBERG:  Objection to

11         form.

12             MR. SCHULTZ:  That's fair.

13         Let me try it a different way.

14         Q.    What was Saveology's

15     shortcomings, according to ADT, in

16     failing to obtain the express written

17     consent, in relation to what third

18     parties?

19             MS. GOLDBERG:  Objection to

20         form.  I'm sorry, go ahead if you

21         understand the question.

22         Q.    If you don't understand the

23     question, just let me know, Renata.

24         A.    I would say that this program

25     did not permit Saveology to use third

1          RENATA BERGMAN

2    parties for unsolicited outbound

3    telemarketing unless they had express

4    written consent from ADT to do so.

5          Q.    And I guess what I'm asking

6    is, what entity did ADT identify as

7    having been used by Saveology to make the

8    unsolicited outbound telemarketing calls?

9          A.    I don't have firsthand

10   knowledge of the results of the

11   investigation of the audit.  I know that

12   Paramount and EMI were two of the company

13   names involved in questionable

14   activities.

15         Q.    Other than Paramount and EMI,

16   is ADT aware of any other third parties

17   that Saveology was using to make

18   unsolicited outbound telemarketing calls?

19         A.    Only the name I gave already,

20   which is Savilo.  We had one complaint

21   involving Savilo.

22         Q.    Renata, I want to shift gears

23   and kind of move past the last subject

24   and move on to the FTC consent decree

25   with ADT.  Okay?

1          RENATA BERGMAN

2      A.    Yes.

3      Q.    Again, just to be clear, this

4  is one of the topics you are prepared to

5  testify about; right?

6      A.    Yes, sir.

7      Q.    I don't think I have a lot of

8  questions, but I just want to understand,

9  were you employed by ADT back in 2007?

10     A.    Yes, sir.

11     Q.    And what was your position

12 back then?

13     A.    I was a senior business

14 analyst involved with the deployment of

15 our telemarketing processes at ADT.

16     Q.    Were you involved in any of

17 the litigation related to the FTC

18 investigation?

19     A.    I was not involved in the

20 litigation, no.

21     Q.    When did you first become

22 aware of the consent decree?

23     A.    I was aware of it -- I was

24 aware of the discussions underway prior

25 to the consent decree being issued.  Once

1               RENATA BERGMAN
2    it was issued, I was aware of the
3    reporting requirements in the consent
4    decree.
5         Q.    But were you involved in any
6    way as far as the discovery or
7    investigation prior to the consent decree
8    being entered?
9         A.    No, sir.
10        Q.    Do you know what type of
11   investigation this was of the FTC?  Was
12   it like a CID, or do you know, a
13   subpoena?
14        A.    I wouldn't know the legal form
15   it took.  I know that it was a request
16   for information, basically.
17        Q.    And do you know, information
18   related to what?
19        A.    ADT's -- actually there was a
20   request for telemarketing records from
21   ADT's national sales center in
22   Jacksonville.
23        Q.    So was the FTC investigation
24   related just to the direct marketing that
25   was being done by ADT?

RENATA BERGMAN

A. That's the information they requested.

Q. As far as you understand it, was that the entire scope of the information that they requested?

A. Well, it's fair to say that prior to the consent decree being issued it was the primary information, actual outbound telemarketing transaction records from ADT's national sales center.

Q. Was ADT doing the indirect type of marketing that we talked about earlier in 2007?

A. You mean --

Q. Where they were using vendors such as Saveology, Trident and Security Choice.

A. I'm trying to think back. I'm trying to recall. So the consent decree was primarily direct. We were definitely -- we had dealers that were actually involved in the indirect program. I couldn't tell you if Trident and Security Choice were active in 2007.

1          RENATA BERGMAN

2      Q.    Do you know if Saveology was?

3      A.    I believe it was 2008 when

4   Elephant Group actually became an ADT

5   partner.  I think it was May 2008.

6      Q.    Just so I'm clear, and I think

7   you just said this, but are you aware of

8   when Trident or Security Choice became a

9   partner?

10     A.    I'm not.

11     Q.    Do you know if it was before

12  or after Elephant Group, or Saveology,

13  for either one of those?

14     A.    I don't, I'm sorry, no.

15     Q.    That's fine.

16           What was the end result of the

17  FTC investigation?

18     A.    We were obligated for a

19  five-year period to provide periodic

20  reporting on various telemarketing

21  activities, was primarily the outcome,

22  for a five-year window.

23     Q.    And what was the nature of the

24  reporting?  I'm sorry.

25     A.    We had to report on ADT's

1                    RENATA BERGMAN

2      direct telemarketing activities.  We did

3      have to report on the telemarketing

4      activities of our dealers.  We had to

5      report quarterly telemarketing

6      information on anybody marketing on our

7      behalf.

8                    We had a series of, you know,

9      reporting obligations about any executive

10     changes in the company, and things like

11     that, just a standard in one of these

12     consent decrees.  They wanted some direct

13     demonstration of the oversight in this

14     program.

15          Q.    So this direct reporting would

16     have occurred from roughly 2007 through

17     2012?

18          A.    Yes, November '07, actually it

19     was November 27, 2007, to November 27,

20     2012.  There were various frequencies of

21     different reports.

22          Q.    And that reporting is now

23     ended?

24          A.    The obligation to report has

25     ended.  There's a four-year lookback,

Page 59

1              RENATA BERGMAN
2    which we are in that active period.  FTC
3    can ask for information from that same
4    window for another four years.
5         Q.    I want to make sure I
6    understood that.  So from November 2012,
7    for the next four years, the FTC could
8    ask for information, but it would be
9    related to telemarketing done still
10   between 2007 and 2012?
11        A.    Yes.
12        Q.    Would the reporting that ADT
13   gave to the FTC include the use of
14   Saveology or Elephant Group?
15        A.    No, because there was no
16   outbound telemarketing involved.
17        Q.    So did ADT at any point in
18   time report to the FTC the use of
19   Saveology?
20        A.    No, I don't believe so.
21        Q.    Did ADT ever report to the FTC
22   the use of Trident or Security Choice?
23        A.    I don't believe -- those were
24   considered lead generation providers for
25   the dealers, and they were not

```
 1                RENATA BERGMAN
 2   necessarily in the classification of
 3   reporting obligations.
 4        Q.   As a result of the FTC consent
 5   decree, did ADT make any changes to its
 6   telemarketing, indirect telemarketing
 7   process?
 8        A.   I would say that our program
 9   is designed to identify how to strengthen
10   it, you know, continuously.  So it's a
11   program that we're always looking to
12   improve.  But we had to put some specific
13   processes in place to capture some of the
14   information that we may not have been
15   capturing up to that point, because the
16   obligations were rather extensive and
17   strenuous.
18             So we did actually expand the
19   obligations of our complaint team, and
20   make them very specialized, to ramp up
21   for the consent decree.  One of the
22   things we were doing was reporting every
23   complaint.  Every complaint we were
24   tendered during that time for U.S.
25   residential telemarketing was required.
```

1                    RENATA BERGMAN

2              So we did, and I guess in

3    context, while we might not have reported

4    on explicit activity by Trident,

5    Saveology or Security Choice, if there

6    were complaints related to those

7    partners, and they were alleged in the

8    activity, that information, all of those

9    investigations and all the details, were

10   required by the FTC.

11        Q.    Since the expiration of the

12   five-year reporting period in November of

13   2012, has the FTC asked for any

14   additional information?

15        A.    No.

16        Q.    All quiet on that front?

17        A.    Yes.

18        Q.    Since November of 2012, has

19   ADT gotten any others or additional, you

20   know, similar investigation demands or

21   any other requests for information

22   related to ADT's telemarketing?

23        A.    From the FTC?

24        Q.    Yes.

25        A.    No.

```
1              RENATA BERGMAN
2       Q.    What about from any other
3   federal government agencies?
4       A.    No, not that I'm aware of, no.
5       Q.    Has ADT ever received any
6   complaints or investigations or subpoenas
7   or the like from any states?
8       A.    ADT has an ongoing
9   relationship with AGs around the country.
10  We have -- in tandem we are very often
11  provided complaint information involving
12  ADT's brand that we actually investigate.
13  We are kind of the investigative
14  legwork for the AGs, and we provide all
15  the information on those
16  investigations, and very often it's
17  enough information for them to
18  prosecute perpetrators, bad actors in
19  the industry.  So it's not unusual for
20  us to be communicating with AGs in this
21  space.
22      Q.    Is that generally for all 50
23  state AGs, or is there certain AGs that
24  ADT has this relationship with?
25      A.    Well, I would say that we work
```

Page 63

                    RENATA BERGMAN

1

2   with Mississippi, we work with Indiana.

3   I'd say there's probably a handful that

4   we are active with on a regular basis.

5       Q.   Since 2007, has ADT entered

6   into any sort of consent orders or

7   settlements with any state AGs related to

8   its telemarketing practices?

9       A.   No.  Anything that was out

10  there was dismissed, specifically, and we

11  have managed to satisfy the AGs for what

12  they have tendered and given them

13  information, so we're kind of helping

14  their effort.

15      Q.   Is there any sort of ongoing

16  reporting obligations that ADT has with

17  any of the state AGs, similar to the

18  reporting obligations that you had with

19  the FTC?

20      A.   No, sir.

21      Q.   Has there been any monetary

22  penalties or settlements between ADT and

23  any state AGs since 2007?

24      A.   Not that I'm aware of.

25           MR. SCHULTZ:  Renata, I'm sure

```
 1            RENATA BERGMAN
 2       this is going to break your heart,
 3       but that's all I've got for you.
 4            THE WITNESS:  Thank you.
 5            MR. SCHULTZ:  I appreciate
 6       your time.  Thank you.
 7            (Time noted:  10:07 a.m.)
 8
 9
10  _____
11       RENATA BERGMAN
12
13  Subscribed and sworn to before me
14  this _____ day of _____, 2014.
15
16  _____
17
18
19
20
21
22
23
24
25
```

Page 65

RENATA BERGMAN

1

2      I, JACK FINZ, Shorthand Reporter,

3   certify that I was authorized to and

4   did stenographically report the

5   deposition of RENATA BERGMAN, the

6   witness herein, on June 27, 2014; that

7   a review of the transcript was

8   requested; that the foregoing pages

9   numbered from 1 through 64, inclusive,

10  is a true and complete record of my

11  stenographic notes of the deposition by

12  said witness; and that this computer-

13  assisted transcript was prepared under

14  my supervision.

15      I further certify that I am not a

16  relative, employee, attorney or counsel

17  of the parties, nor am I a relative or

18  employee of any of the parties'

19  attorney or counsel connected with the

20  action.

21      DATED this ___day of_____, 2014.

22

23              _____

24              JACK FINZ

25

**[& - attorney]**                    Page 66

**&**

**&** 2:8

**0**

**0000941** 3:7 29:23
**0000947** 3:8 29:23
**07** 58:18

**1**

**1** 3:3 7:25 8:2,7 9:12
  65:9
**100** 2:5
**10:07** 64:7
**1120** 2:10
**11c1925** 1:6
**12** 9:12
**13** 9:5,8,20 11:14
**14** 9:5,8,20
**15** 9:5,8,20
**1501** 2:15
**16** 9:5,8,20 11:14
**17** 8:13 9:12
**19** 42:6

**2**

**2** 3:5 29:18,19 31:17
**2007** 14:13 16:2,21
  17:10,18 22:4,8 54:9
  56:14,25 58:16,19
  59:10 63:5,23
**2008** 57:3,5
**2011** 37:5,8 38:22,22
  46:10 48:9
**2012** 58:17,20 59:6
  59:10 61:13,18
**2013** 14:14
**2014** 1:11 64:14 65:6
  65:21
**2385** 2:5
**27** 1:11 8:10 58:19,19
  65:6
**29** 3:5

**3**

**30** 6:2
**301** 1:18

**33431** 2:6,16

**4**

**450** 15:16

**5**

**50** 62:22
**51st** 1:18
**55** 2:10

**6**

**6** 6:2
**60603-5130** 2:11
**64** 65:9

**7**

**75** 15:18 16:5,9

**8**

**8** 3:3

**9**

**9:00** 1:12

**a**

**a.m.** 1:12 64:7
**ability** 5:21
**able** 42:4
**accommodate** 7:18
**acting** 43:25 44:22
**action** 65:20
**active** 13:9 56:25
  59:2 63:4
**activities** 14:2 19:15
  53:14 57:21 58:2,4
**activity** 24:3,6 40:18
  41:17 42:24 43:25
  50:25 61:4,8
**actors** 62:18
**actual** 56:9
**added** 22:10
**additional** 24:13
  61:14,19
**addressed** 39:15 42:8
**adhere** 21:5 32:10
  35:12
**adjust** 28:20
**ads** 18:11 43:19

**adt** 1:7,14 2:4,15 3:3
  3:5,6,7 4:18 8:2 9:25
  10:9,19 11:17 12:20
  13:2,15,22,24 14:6,7
  15:3,4,23 16:17,22
  17:5,8,16,17,21 18:4
  18:5,14,25 19:13,20
  20:12 21:4,11,13
  24:10 27:2,9 29:4,19
  29:21,23 30:15,17,21
  31:7 32:4,5,15,23
  33:3,15 34:8,24
  35:20,25 36:5,18,21
  37:11,13 38:22 40:4
  42:3,15,21 43:3
  44:16,24 45:10 46:8
  46:12,20 47:15,17
  48:3,16,23,25 49:6
  49:22,24 50:8,20
  51:10,16 52:15 53:4
  53:6,16,25 54:9,15
  55:25 56:12 57:4
  59:12,17,21 60:5
  61:19 62:5,8,24 63:5
  63:16,22
**adt's** 9:21 13:5,11
  21:19 31:2 44:9 45:2
  45:20 50:2,11 52:5
  55:19,21 56:11 57:25
  61:22 62:12
**advertising** 14:18
  18:10 43:20
**advise** 46:20
**affiliate** 33:8,11 35:3
  35:5
**affiliates** 36:14,19
  52:8
**agencies** 62:3
**ago** 5:7
**agreed** 34:8
**agreement** 4:22
**ags** 62:9,14,20,23,23
  63:7,11,17,23
**ahead** 52:20

**al** 1:8 4:19
**alleged** 26:19 39:4,24
  42:24 46:12 47:20
  61:7
**altered** 34:22
**amended** 3:4 7:23
  8:3
**analyst** 54:14
**answer** 5:21 7:9
  17:24 20:18,20 27:22
  33:17 34:12 39:2
  44:6 46:7 49:14
  50:16,17 52:2
**answered** 41:13
**answers** 6:24 9:24
**anybody** 58:6
**apologize** 44:4
**apply** 31:5
**appreciate** 7:2 17:23
  64:5
**approval** 32:11 33:9
  33:12 34:3,7,9 35:3,5
  36:13
**approve** 36:18
**approved** 24:9 36:4
**approximately** 16:5
  22:8 36:25 42:11
  46:10
**asked** 19:16 33:20
  61:13
**asking** 25:13 26:18
  35:12 39:7 48:10
  53:5
**assign** 21:11 51:18
**assigned** 44:24 45:4
  45:22
**assignment** 32:12
**assist** 33:5 52:9
**assisted** 65:13
**associated** 40:16
**assurance** 41:21
  43:13,14
**assured** 40:21
**attorney** 49:13 65:16
  65:19

**attorneys** 2:4,9 10:8
10:13
**audit** 19:21 23:23
48:20 49:5,7,10 50:4
50:7 53:11
**audited** 23:19,20
**authorized** 17:22
18:4,14 30:21 31:6,9
65:3
**aware** 6:6 11:15
17:14 20:22 23:25
24:6 26:6 32:8 33:18
35:8,13,14 36:11,16
36:22 37:11 38:22
41:6 45:13 46:9
47:15 48:4 49:9
51:22 53:16 54:22,23
54:24 55:2 57:7 62:4
63:24

**b**

**b** 3:2 4:2,13 6:2
**back** 44:6 54:9,12
56:19
**background** 12:5
**backup** 12:10
**bad** 62:18
**banners** 14:21 18:11
**based** 6:12
**basically** 13:9 15:25
28:13 40:13 55:16
**basis** 22:2 63:4
**bates** 3:7 29:10,22
**beginning** 16:21 37:9
**behalf** 6:14 38:11
39:10 44:2,18,23
58:7
**believe** 16:24 26:14
36:24 57:3 59:20,23
**bergman** 1:15 4:1,12
4:12,17,24 5:1 6:1
7:1 8:1,5 9:1 10:1
11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1
19:1 20:1 21:1 22:1

23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1
63:1 64:1,11 65:1,5
**best** 5:21
**beyond** 23:19
**bit** 5:13 37:15 51:24
**blanks** 30:8,9
**boca** 1:18 2:6,16
**brand** 62:12
**break** 7:17 29:15
44:15 64:2
**briefly** 9:19 13:21
**broad** 31:10
**broadest** 12:18
**budco** 16:25
**building** 13:8
**business** 14:2 22:25
54:13

**c**

**c** 2:2
**call** 2:11 12:6 14:19
15:2,5 20:4,10,25
40:12,17 46:14
**called** 5:25 16:23
23:14 40:2
**caller** 26:20 37:18
40:2
**calling** 16:6 27:25
28:21
**calls** 14:6,20 15:22
15:23 16:14 24:22
25:15 37:16 38:10
39:10 40:22 41:4
42:22 43:15,22 44:3
44:10,18 45:10,17
46:2,22 49:12 50:14

53:8,18
**capacity** 50:8
**capture** 60:13
**capturing** 60:15
**care** 29:11
**case** 4:18 12:11 34:15
37:22 42:14 50:23
**center** 2:5 15:7,9,12
15:15 16:18 55:21
56:11
**centers** 14:19 15:2,5
15:6
**certain** 36:19 62:23
**certify** 65:3,15
**chance** 30:4
**change** 22:13 35:10
35:14,15 51:6
**changed** 10:25 16:24
17:3
**changes** 58:10 60:5
**channel** 23:4,5
**charge** 22:20 33:10
**charvat** 38:18
**chicago** 2:11
**chief** 2:14
**choice** 18:20,22,23
19:4,25 20:15 27:10
27:19 28:4 30:22
32:23 33:19 56:18,25
57:8 59:22 61:5
**chronology** 10:11
**cid** 55:12
**circumstance** 20:9
**circumstances** 40:18
**civil** 6:2
**class** 14:13
**classification** 60:2
**clear** 6:21 9:7 24:25
54:3 57:6
**client** 49:13
**close** 18:15
**come** 5:17 40:13
**coming** 16:15,18
**common** 18:2

**communicating** 5:16
25:9,12 62:20
**communication**
26:16
**communications**
10:10 11:8
**companies** 17:20
18:6,9,20 28:13
**company** 16:23 17:4
40:3 42:25 46:13
53:12 58:10
**compelled** 20:13
**complaint** 21:19 22:3
22:11,12,23 37:14,17
37:17,20,23,24 38:4
38:5,13,17 39:4,23
39:25 40:16,20 41:7
41:18,22 42:3,22
45:14 46:13,16 47:21
53:20 60:19,23,23
62:11
**complaints** 26:19
39:14,16 41:12 42:7
50:21 61:6 62:6
**complete** 19:18 65:10
**compliance** 13:8
16:20 20:3,23 21:8
21:16 23:2,8 28:8
41:17 50:10,25
**compliant** 21:7,18
**comply** 52:4
**complying** 50:2
**computer** 65:12
**concern** 27:7
**conclusion** 50:15
51:6
**conclusions** 49:24
50:9
**conducted** 49:17,17
**conference** 2:11
**confidential** 29:8
**confidentiality** 29:15
**conjunction** 33:15
**connected** 65:19

**consent** 21:10 24:10
　32:11 34:19 35:20
　44:24 45:2,9,21
　48:23 51:13,17 52:7
　52:17 53:4,24 54:22
　54:25 55:3,7 56:8,20
　58:12 60:4,21 63:6
**consider** 35:25
**considered** 59:24
**consist** 13:23 17:18
**consistent** 22:7
**consists** 21:19
**consultant** 13:13
**consultants** 21:20
**consumer** 26:19
　37:16 39:25
**consumers** 14:23
**contact** 13:8 20:3,23
　21:15 23:2
**contents** 30:7
**contest** 7:19
**context** 61:3
**continued** 4:21
**continuously** 60:10
**contract** 23:8 32:13
　34:20 45:23 47:17
　51:19
**contractual** 51:11,15
**conversation** 40:4
**corporate** 6:7 8:19
　9:21
**corporation** 6:15
**correct** 12:25 38:24
　52:9
**counsel** 2:14 10:19
　10:20,21 65:16,19
**count** 15:16
**country** 62:9
**couple** 5:8
**course** 10:4 27:3 35:7
**court** 1:2 5:14 8:5
**courtesy** 7:12
**created** 31:17 32:15
**current** 35:18

**customers** 14:22

## d

**dan** 10:15,16,17,18
　10:23 11:2
**dancing** 46:6
**daphne** 40:9,9 46:17
　46:20
**date** 4:22 42:12
**dated** 8:10 65:21
**day** 64:14 65:21
**dealer** 23:4
**dealers** 17:22 18:5,14
　56:22 58:4 59:25
**decree** 53:24 54:22
　54:25 55:4,7 56:8,20
　60:5,21
**decrees** 58:12
**dedicated** 21:18,21
　21:24
**deep** 23:14,17 48:17
**deeper** 20:10,13
　27:15,17,25 42:10
**defendant** 2:4,9
**defendants** 1:9
**definitely** 56:22
**demands** 61:20
**demonstrate** 40:14
**demonstrated** 44:21
　45:19
**demonstration** 58:13
**depends** 35:9
**deployment** 54:14
**deposed** 4:25
**deposition** 1:14 3:4
　4:16,20 5:5 6:18 7:24
　8:4,7,18 9:16 10:5,24
　11:6 12:3 26:7 65:5
　65:11
**depositions** 34:14
　36:8
**depth** 19:13 20:5
　48:5 51:8
**desai** 1:4 19:12 20:12
　24:5 25:10,11 28:7

31:20 32:6,16 33:21
　35:17 36:25 37:5
　38:17 41:20 42:9,14
　42:20 43:6,10 46:11
　47:18,19 48:2 50:20
**describe** 13:21 30:13
**described** 30:18 31:4
**designated** 29:7
**designed** 60:9
**detailed** 19:19 31:24
　48:24
**details** 37:20 61:9
**determine** 43:3 44:17
**dialogue** 17:3
**different** 8:13 9:11
　13:15 52:13 58:21
**difficult** 47:9
**dig** 23:14,17
**diligence** 3:7 20:5
　29:5,22
**diligent** 20:3
**direct** 13:11,16,22
　14:17 17:9 18:10
　33:7 55:24 56:21
　58:2,12,15
**discovered** 19:16
　24:4
**discovery** 19:14,23
　20:12 23:13 27:3
　43:9 45:18 48:6 51:9
　55:6
**discussions** 54:24
**dismissed** 63:10
**distinction** 47:10
**district** 1:2,2
**dive** 20:10,14 27:15
　27:17,25 48:17
**division** 1:3
**document** 3:6 29:20
　32:18 47:2,6
**documentation** 10:10
　38:2 39:15,20 41:3
　41:14 50:24
**documents** 11:4,9
　26:8 39:19

**doing** 5:12 6:25 7:7
　9:21 13:25 15:12
　18:25 48:17 56:12
　60:22
**dotted** 22:22
**doubt** 26:24 39:11
　51:3
**draw** 47:10
**drive** 2:5
**due** 3:7 20:3,4 29:5
　29:21
**duly** 4:3

## e

**e** 2:2,2 3:2 4:2,2,12
　4:13
**earlier** 24:2 56:14
**early** 37:8,10
**easier** 8:24 31:22
　32:19
**eastern** 1:3
**effectuate** 47:17
**effort** 63:14
**eight** 22:2,8
**either** 8:25 22:18
　23:13 33:19 38:17
　41:14 57:13
**elephant** 2:9 4:19
　12:16 18:20 19:5,8
　19:16 20:8 23:14,18
　24:4,17 25:4,22 26:4
　26:9,15 27:18 28:3
　28:11,16,24 30:23
　32:24 33:4 49:25
　57:4,12 59:14
**email** 11:7 14:5 39:22
**emails** 35:25
**emi** 25:20 26:4,10,14
　45:11 53:12,15
**employed** 54:9
**employee** 65:16,18
**employees** 13:25
　14:3,6 15:11,16 16:5
　16:10,10 36:9

**emsi** 16:24
**ended** 58:23,25
**endurance** 7:19
**engaged** 24:9
**entered** 55:8 63:5
**entire** 56:5
**entirety** 40:5
**entities** 18:18,24 25:4
**entitled** 3:6 29:20
**entity** 53:6
**especially** 5:11 7:2
**esq** 2:3,8,14
**et** 1:8 4:19
**evaluation** 19:20
**exact** 42:12
**exactly** 15:20 31:19
  47:21
**examination** 4:6
**examined** 4:5
**examples** 41:6
**exchange** 35:24
  39:22 47:4
**exchanging** 39:6
**exclusive** 17:8 18:9
**execution** 34:25
**executive** 2:5 58:9
**exhibit** 3:3,5 7:25 8:2
  8:6,7 29:13,17,19
  31:17
**exhibits** 29:3
**exist** 35:16
**exists** 47:7
**expand** 60:18
**expiration** 61:11
**explain** 12:13
**explicit** 34:21 35:15
  61:4
**explicitly** 21:10
  26:11 35:22
**express** 21:10 24:10
  30:16 31:2 32:3,10
  34:19 35:19 36:2
  44:23 45:21 48:23
  51:13,17 52:6,16
  53:3

**extended** 32:21
**extensive** 60:16
**extent** 49:12,18 50:14
  50:17

**f**

**fact** 43:11
**facts** 51:9
**failing** 52:16
**failure** 52:4
**fair** 12:24 13:14
  27:16,24 28:5,23
  32:14,17 42:23 52:12
  56:7
**fall** 4:9
**familiar** 11:10 25:17
  47:3
**familiarize** 29:25
**far** 32:2 48:11 55:6
  56:4
**faxing** 14:5
**february** 37:8,10
**federal** 5:25 62:3
**feedback** 38:2
**feel** 11:13,17,21 12:2
**felt** 20:13
**fernandes** 40:9 46:17
**file** 42:7
**filed** 19:13 25:11
  26:25 27:15 31:21
  36:25 41:21 42:9,14
  43:7,10 47:18,19
  48:3 50:20 51:4
**filing** 37:6 51:5,7
**fill** 30:8,9
**find** 48:16
**fine** 29:12 47:7 57:15
**finger** 7:4
**finz** 1:19 4:4 65:2,24
**firm** 49:18,20
**first** 4:3 31:17 36:21
  47:15 54:21
**firsthand** 53:9
**fishman** 2:8

**five** 57:19,22 61:12
**fl** 2:6,16
**florida** 1:19,21 15:10
**fluctuated** 22:6
**focus** 28:6
**follows** 4:5
**foregoing** 65:8
**form** 12:18,23 14:10
  27:21 30:2,10,11,14
  30:15,19,25 31:5,12
  31:16,19,25 32:5,15
  32:22 33:3 35:15,16
  39:2 44:12 48:24
  52:11,20 55:14
**formalized** 32:18
**formally** 38:3
**forms** 19:19
**forums** 14:19
**forward** 12:2
**forwarded** 41:8
**found** 20:12
**four** 10:7 58:25 59:4
  59:7
**frame** 14:10 44:13
**frequencies** 58:20
**front** 61:16
**ftc** 53:24 54:17 55:11
  55:23 57:17 59:2,7
  59:13,18,21 60:4
  61:10,13,23 63:19
**full** 16:10
**fully** 7:8 11:14,22
  21:18 51:25 52:2
**further** 65:15

**g**

**g** 4:2,13
**gap** 40:15
**gears** 53:22
**general** 47:13
**generally** 6:4 13:15
  14:16 35:13 62:22
**generate** 16:22 18:12
  24:13 43:5

**generation** 16:16
  17:8,21 18:7 19:2
  27:5,6,12 33:6 43:19
  59:24
**getting** 31:2 38:2
**give** 7:5,9,11 14:10
  32:19 37:15 44:12
  47:22 51:25
**given** 24:10 34:9
  40:10 44:23 48:23
  63:12
**giving** 6:11,23
**go** 5:8 12:2 14:6 18:9
  40:8 52:20
**going** 5:8,16 8:19,23
  9:8,15 28:20,21 30:7
  33:16 64:2
**goldberg** 2:3 10:15
  12:22 14:9 20:16
  27:20 29:12 31:11
  34:16 38:25 42:17
  44:11 49:11 50:13
  52:10,19
**good** 9:14,17
**gotten** 61:19
**government** 62:3
**great** 7:7
**gribbon** 33:14 36:5
**groundrules** 5:9
**group** 2:9 4:19 12:17
  18:21 19:5,8,16 20:8
  21:21 23:14,18 24:4
  24:17 25:5,22 26:4,9
  26:15 27:18 28:3,11
  28:16,24 30:23 32:24
  33:4 49:25 57:4,12
  59:14
**guess** 9:15 20:10
  34:18 35:9 53:5 61:2
**guidelines** 21:4,9
  35:11 50:3,12 52:6
**guys** 29:8

**h**

**h** 3:2
**handed** 8:6
**handful** 63:3
**handling** 15:23
**handwritten** 30:9
**hannah** 2:14
**happened** 19:8,11
**head** 7:4
**heading** 15:21
**heart** 64:2
**help** 18:15 47:16
**helped** 51:10
**helpful** 47:5
**helping** 63:13
**highest** 22:18
**hired** 24:17 25:5,22
  26:4,10,14 27:4,10
  45:9
**hiring** 52:8
**hope** 5:9

**i**

**identification** 3:4,6
  8:3 29:20
**identified** 40:21
**identify** 53:6 60:9
**il** 2:11
**illinois** 1:2
**implementation** 33:2
**implicitly** 26:12
**important** 5:12 39:13
**importantly** 8:11
**improve** 60:12
**inbound** 14:20 15:15
  15:17,23
**include** 26:21 59:13
**including** 22:2
**inclusive** 65:9
**independent** 49:22
  50:7
**independently** 18:5
**indiana** 63:2
**indirect** 13:2,5,12,17
  13:19 17:16,17,19

56:12,23 60:6
**individual** 21:13
  23:7
**individuals** 15:19
  16:12
**industry** 62:19
**information** 6:13
  11:12 25:13 26:24
  32:21,21 39:6,24
  50:6 55:16,17 56:2,6
  56:9 58:6 59:3,8
  60:14 61:8,14,21
  62:11,15,17 63:13
**initiated** 51:8
**inquiry** 26:22
**intended** 31:21
**internal** 10:19,21
**interrupt** 12:9
**investigate** 27:2,9
  37:18 62:12
**investigation** 19:14
  25:8,18 27:14 28:6
  38:13 41:20 42:10
  43:3 44:21 48:6 51:8
  53:11 54:18 55:7,11
  55:23 57:17 61:20
**investigations** 61:9
  62:6,16
**investigative** 37:25
  39:6,19 62:13
**investigatory** 26:17
**involved** 23:7,12
  25:18 33:11 34:24
  35:2 39:17 42:3
  43:24 46:14,19 49:6
  53:13 54:14,16,19
  55:5 56:23 59:16
**involvement** 34:2
**involves** 12:14
**involving** 42:22,24
  45:14 50:21 53:21
  62:11
**irrelevant** 20:17
**israel** 2:8

**issue** 27:7 40:14
**issued** 54:25 55:2
  56:8
**iteration** 35:18

**j**

**jack** 1:19 4:4 7:22
  29:2 65:2,24
**jacksonville** 15:10
  55:22
**james** 2:8
**jim** 12:8 42:18
**job** 5:20 6:20 7:7
  35:7
**june** 1:11 8:10 65:6

**k**

**k** 2:8
**keep** 6:23
**kind** 22:21 53:23
  62:13 63:13
**kinds** 10:11
**know** 6:3,12 7:18
  14:3,21 23:22 30:3
  31:16,18,19,20 33:17
  35:11 36:21 38:5,7
  38:12,16 39:12 40:24
  45:11 47:14 48:8,12
  48:12,19 49:3,16,19
  49:20 52:23 53:11
  55:10,12,14,15,17
  57:2,11 58:8 60:10
  61:20
**knowledge** 23:16
  27:8 33:8 34:10,11
  34:21 50:18 53:10

**l**

**language** 18:2
**late** 37:7,10
**law** 21:5 49:18,20
**lawsuit** 19:12,12 20:6
  20:13 26:25 27:14
  28:2,7 31:20 32:7,16
  33:21 35:17 36:17
  38:19 45:19 46:11

48:3,7,17 51:4,5,7
**lawyer** 49:23
**lead** 16:16 17:8,21
  18:7,25 27:5,6,11
  33:6 43:19 59:24
**leads** 16:22 18:8,12
  18:12 24:13 43:5
**learned** 6:14
**led** 26:13
**legal** 1:17 21:20
  22:24 33:15 36:5
  50:14,18 55:14
**legwork** 62:14
**level** 35:10
**lim** 2:14
**line** 22:22
**list** 8:13,23
**litigation** 2:14 24:5
  42:21 54:17,20
**little** 5:13 17:24
  37:15 51:24
**llc** 2:8
**located** 15:9
**log** 37:17
**long** 48:2
**longer** 19:5 23:20
**look** 11:5 29:24 30:4
  47:3
**lookback** 58:25
**looked** 11:6,7
**looking** 60:11
**lot** 9:16 54:7
**low** 39:16

**m**

**m** 4:2,13
**ma'am** 4:10
**mail** 14:17
**mailing** 14:5
**maintain** 21:8
**majority** 15:24 16:15
**making** 24:22 25:15
  38:10,17 39:9 40:22
  41:4 43:15 44:2,10
  44:17 45:25

**managed**  63:11
**manager**  22:23,25
  23:2,6
**march**  37:5,8,9,10
  38:21,22 46:10 48:8
  48:9
**mark**  7:24 29:9,13,17
**marked**  8:6
**marketer**  3:7 29:5,21
**marketers**  30:21
  31:7
**marketing**  13:2,10
  13:15 14:7 15:6,7,8
  15:12 17:9,19 18:8
  18:10 21:3 55:24
  56:13 58:6
**matter**  42:12
**mcgrath**  10:15,16,17
  10:18
**mcnew**  2:3
**mean**  20:24 24:21
  56:15
**means**  6:3
**meant**  18:3
**meet**  10:14,22
**mention**  40:3
**met**  10:8,25 51:12,16
  51:20
**midst**  25:12 37:25
**mind**  11:21
**mississippi**  63:2
**modification**  34:7
  35:5
**monetary**  63:21
**monroe**  2:10
**months**  17:2
**mounted**  19:13 20:2
**move**  31:13 53:23,24
**multiple**  15:5

**n**

**n**  2:2 4:2,2,12,13
**name**  4:9,9,11,12
  16:24,25 17:2 26:21
  37:19 40:3 53:19

**named**  40:6,6 42:25
  46:13
**names**  25:17,19
  53:13
**nathan**  2:8
**national**  55:21 56:11
**nature**  57:23
**necessarily**  60:2
**necessary**  41:17
**need**  7:16 11:13 12:9
**never**  34:22
**new**  2:5
**news**  9:14,17
**noes**  6:24
**noncompliance**
  19:15 24:3,6
**northeast**  1:18
**northern**  1:2
**notary**  1:20 4:4
**noted**  64:7
**notes**  65:11
**notice**  1:16 3:4 4:21
  7:23 8:4,7 11:7
**november**  58:18,19
  58:19 59:6 61:12,18
**number**  9:5,12 17:5
  22:6 39:16 41:11
  50:20
**numbered**  65:9
**numbers**  16:13 29:10

**o**

**objection**  12:22 14:9
  20:16 27:20 31:11
  38:25 44:11 49:11
  50:13 52:10,19
**obligated**  57:18
**obligation**  35:19,22
  58:24
**obligations**  58:9 60:3
  60:16,19 63:16,18
**obtain**  32:3 42:3
  52:16
**obtaining**  52:6

**occurred**  51:2,10
  58:16
**offices**  1:17
**okay**  5:17,18 6:21 7:5
  7:12,20 12:6 31:15
  44:14 46:5 53:25
**once**  5:2 11:2 30:3
  54:25
**ones**  9:3
**ongoing**  62:8 63:15
**operate**  15:3,5
**operated**  31:25
**operates**  15:4
**operating**  21:15
  50:10
**opportunity**  32:20
  36:7 40:10 47:23
  52:2
**opposed**  43:16
**opt**  40:12,25 41:10
  41:14 42:5
**orally**  34:9 36:18
**orders**  63:6
**organization**  14:3
  22:22
**outbound**  12:15
  15:18 16:6,8,9,19
  24:14,18,21 25:15
  38:10 39:10 40:22
  41:4 43:15,22 44:3
  44:10,18 45:6,6,10
  45:17 46:2,3,22 53:2
  53:8,18 56:10 59:16
**outcome**  57:21
**outside**  10:19 23:8
**overall**  23:5
**oversee**  21:22
**overseeing**  21:24
**oversight**  58:13

**p**

**p**  2:2,2
**p.a.**  2:3
**page**  5:11

**pages**  8:12 65:8
**paramount**  25:20,22
  36:23 37:12 38:9,23
  39:9 40:20 41:4,19
  42:16,23,25 43:4,9
  43:15,24 44:10,17
  45:11 46:9,13,18,21
  46:25 47:11,16,25
  48:4,18 53:12,15
**part**  11:8 17:4 19:14
  23:9 33:22 43:2 48:5
  48:7
**participants**  23:4
**participation**  22:24
**particular**  40:16 47:4
**parties**  4:23 12:16
  19:17,19 21:12 24:8
  24:11,12,18 25:5
  27:5,11 32:3,5 35:21
  39:5 43:19 44:22,25
  45:8 48:22,25 49:2
  51:19 52:18 53:2,16
  65:17,18
**partner**  23:6 25:9,14
  25:25 40:6 47:22
  57:5,9
**partners**  16:17 21:5
  23:7 25:17 31:22
  32:19 35:12 43:17
  45:20 61:7
**party**  2:9 3:6 17:20
  21:10 24:17 25:24
  29:5,21 30:16,18
  31:3 32:12 33:5
  37:19,21 40:6 41:15
**penalties**  63:22
**people**  22:11,12
**perfectly**  9:7
**perform**  24:18 27:11
**period**  14:13 37:25
  42:13 57:19 59:2
  61:12
**periodic**  57:19
**permission**  30:17
  31:3 32:4 33:20

35:24 36:2 45:20
**permit** 52:25
**perpetrators** 62:18
**person** 11:17 22:17
  22:19 38:16
**personally** 6:12
**phone** 7:2 14:6 24:22
**place** 60:13
**plaintiff** 1:5
**plaintiffs** 38:18
**please** 4:8 6:19 12:7
  44:6
**point** 6:17 7:14 26:10
  26:23 42:2,15 44:16
  46:16 51:3 59:17
  60:15
**pointed** 43:10
**pointing** 39:4
**policy** 11:9 35:13
**portion** 44:7 51:11
  51:14
**position** 36:17 54:11
**potentially** 18:15
**practices** 28:9 63:8
**predecessor** 32:5
**prepare** 10:6
**prepared** 9:2,4 11:22
  54:4 65:13
**preparing** 10:4 26:6
**present** 2:13 22:9
**presented** 5:24
**primarily** 15:14
  17:20 39:22 56:21
  57:21
**primary** 13:7 17:11
  56:9
**prior** 32:6 33:2,21
  37:6 42:9 50:19
  54:24 55:7 56:8
**privilege** 49:13
**probably** 9:15 21:25
  22:10 63:3
**procedure** 6:2
**process** 16:20 17:17
  26:20 31:22 32:12

34:4,7,22,25 35:6
  36:13 37:14 40:15
  60:7
**processed** 16:19
**processes** 21:2 54:15
  60:13
**produced** 6:7
**products** 12:20 13:3
  13:6 14:7,24
**professionals** 21:18
  21:21,23
**program** 13:16,17,19
  14:17 20:3,24 21:16
  23:5 52:24 56:24
  58:14 60:8,11
**programs** 13:11,12
  13:16 16:16 21:3
**prohibition** 43:21
**prosecute** 62:18
**provide** 9:25 32:20
  37:18 40:25 41:9
  42:5 47:23 57:19
  62:14
**provided** 18:13 26:25
  30:20 32:23 36:12
  39:15,19 41:2 50:24
  62:11
**provider** 17:11
**providers** 59:24
**providing** 18:7
**public** 1:20 4:4
**purpose** 31:2
**purposes** 18:8
**pursuant** 1:16 4:21
  5:25
**put** 60:12

**q**

**qualified** 11:18 18:13
**qualify** 34:18
**quarterly** 58:5
**question** 6:18,21 7:9
  7:15 14:11 20:7,19
  20:21 33:17 44:13
  46:8 47:12 52:3,21

52:23
**questionable** 53:13
**questions** 5:20 54:8
**quiet** 61:16

**r**

**r** 2:2 4:2,2,12,13
**ramp** 60:20
**ranking** 22:18
**raton** 1:18 2:6,16
**reach** 14:23 49:24
  50:8
**read** 44:5,8
**ready** 30:5
**really** 21:21 22:13
  26:17
**reason** 11:25 20:7
  26:23 39:11 48:10
  51:2
**reassurance** 39:8
  41:15 43:7,11
**reassured** 25:14
  26:23 38:8 43:23
  46:18 47:24
**recall** 56:20
**received** 33:3 37:23
  41:21 42:21 46:12
  62:5
**recollection** 11:5
**record** 4:10,15 5:17
  28:10 44:7 65:10
**records** 55:20 56:11
**reference** 11:9 29:10
**reflect** 4:16
**refresh** 10:11 11:5
**regular** 22:2 35:7
  63:4
**regulations** 21:6
**relate** 21:2
**related** 24:4 27:17
  42:22 45:25 52:6
  54:17 55:18,24 59:9
  61:6,22 63:7
**relates** 20:14 36:13
  40:19

**relation** 19:24 28:3
  52:17
**relationship** 13:4
  19:9 43:18 51:12,15
  62:9,24
**relative** 65:16,17
**relatively** 11:10
**renata** 1:15 4:1,11,17
  5:1 6:1 7:1 8:1 9:1
  10:1 11:1 12:1,6,8
  13:1 14:1 15:1 16:1
  17:1,23 18:1 19:1
  20:1 21:1 22:1 23:1,9
  24:1 25:1 26:1 27:1
  28:1 29:1,24 30:1
  31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1
  39:1 40:1 41:1,25
  42:1 43:1 44:1 45:1
  46:1 47:1,9 48:1 49:1
  50:1 51:1 52:1,23
  53:1,22 54:1 55:1
  56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1
  63:25 64:1,11 65:1,5
**repeat** 42:18
**rephrase** 6:20
**report** 57:25 58:3,5
  58:24 59:18,21 65:4
**reported** 61:3
**reporter** 1:20 5:14
  8:6 65:2
**reporting** 55:3 57:20
  57:24 58:9,15,22
  59:12 60:3,22 61:12
  63:16,18
**reports** 58:21
**representative** 6:8
  8:19 9:22
**request** 3:7 29:6,22
  33:4 55:15,20
**requested** 44:7 56:3
  56:6 65:8
**requests** 31:23 48:25
  61:21

**require** 21:4,9
**required** 19:18 32:9
  32:10 34:20 48:21
  60:25 61:10
**requirements** 55:3
**residential** 60:25
**respond** 31:10 40:10
  40:11
**responded** 39:8
  46:17
**response** 32:16 37:13
  41:3
**responsibilities**
  44:25 45:3,5,22,24
  51:18
**responsibility** 21:11
**responsible** 21:14
**result** 20:6 27:14
  28:2,7 50:4 51:9
  57:16 60:4
**results** 23:17,23
  38:12 49:9 53:10
**return** 40:17
**revealing** 49:15
**review** 36:7 65:7
**reviewed** 10:9 34:13
  48:25
**reviewing** 26:7
**right** 6:25 9:22 24:22
  30:5 35:17 54:5
**road** 2:15
**role** 13:7 18:9 33:9
  33:12,23 34:23 47:11
**roughly** 22:14 58:16
**rules** 6:2 29:16 50:2
  50:11 52:5
**running** 21:14

**s**

**s** 2:2,14 3:2
**sale** 18:15
**sales** 33:14 55:21
  56:11
**sara** 2:3 10:15,23
  11:2,3 29:7

**satisfaction** 42:8
**satisfied** 35:24
**satisfy** 41:18 63:11
**saveology** 12:17
  18:21 19:22 20:8
  25:10,14 26:22 28:8
  28:12,17,22,22,24
  30:23 36:9,16,19,22
  37:24 38:3,9,23 39:7
  39:11 40:7,13,21,24
  41:2,8,13,22 42:4,4
  42:15 43:4,8 44:19
  45:9,23 46:9,15,17
  46:24 47:15,17,24
  48:4,18,21 49:6
  50:10,21,22 51:3
  52:8,25 53:7,17
  56:17 57:2,12 59:14
  59:19 61:5
**saveology's** 37:12
  44:2,22 52:4,14
**savilo** 45:15,17 53:20
  53:21
**saw** 26:13
**saying** 28:15,16
  34:19
**schedule** 10:25
**schultz** 2:8 4:7,15
  7:22 29:2,14 44:4,14
  52:12 63:25 64:5
**scope** 56:5
**second** 3:4 8:3,12
**security** 1:7,14 2:4
  2:15 4:18 18:20,22
  18:23 19:4,25 20:15
  27:10,19 28:4 30:22
  32:23 33:19 56:17,25
  57:8 59:22 61:5
**see** 7:3 8:10,13 26:8
**seen** 8:8,9 30:6,11
**sellers** 31:6,9
**selling** 13:25
**senior** 54:13
**sent** 29:3

**series** 5:20 10:9 11:7
  14:15,18,21 58:8
**service** 12:21 31:4
**services** 1:7,15 2:4,15
  13:3,6 14:8,25 25:24
  30:18
**serving** 23:10
**sessions** 2:8
**settlements** 63:7,22
**seven** 21:25 22:8
**shakes** 7:3,4
**shift** 53:22
**shortcomings** 52:15
**shorter** 9:16
**shorthand** 1:19 65:2
**shortly** 38:8
**show** 7:23
**side** 15:17
**similar** 61:20 63:17
**sir** 9:9,23 12:4 15:24
  16:8,11 17:12 18:23
  22:5 23:15 24:23
  25:25 28:25 34:5
  36:15 46:23 47:20
  49:8,21 54:6,10 55:9
  63:20
**sit** 11:16 41:25
**slow** 17:24
**small** 15:17 16:7
  41:11 50:20
**solutions** 1:17
**sorry** 7:15 27:23
  31:13 48:14 52:20
  57:14,24
**sort** 63:6,15
**space** 13:10 21:5,22
  21:24 62:21
**speak** 10:6
**speaking** 6:14 10:2
**specialized** 60:20
**specific** 30:7 35:15
  60:12
**specifically** 24:8 38:7
  38:15 63:10

**specifics** 36:6 48:19
**speculate** 48:13
**spelling** 4:9
**stamped** 3:7 29:22
**standard** 58:11
**start** 28:21 39:23
**state** 1:21 4:8 62:23
  63:7,17,23
**stated** 35:22
**states** 1:2 62:7
**stayed** 22:14
**stenographic** 65:11
**stenographically**
  65:4
**steve** 33:14 36:4
**stop** 19:17 48:21
**street** 1:18 2:10
**strengthen** 60:9
**strenuous** 60:17
**subject** 53:23
**submission** 32:11
**submit** 19:20 30:16
  31:23 32:9 48:24
**subpoena** 1:16 55:13
**subpoenas** 62:6
**subscribed** 64:13
**subsequent** 19:21
**substantiate** 39:7
**substantiated** 41:16
  50:25
**substantiation** 26:18
  40:12,25 41:9 42:5
  47:23 50:23
**suggested** 26:9
**suite** 2:5,10
**supervising** 21:15
**supervision** 65:14
**supervisor** 22:19
**sure** 5:10,15 9:6 21:7
  24:24 41:23 51:25
  59:5 63:25
**suspect** 33:17
**sworn** 4:3 64:13
**systems** 4:18

**t**

**t**  3:2 4:2,12
**take**  7:17 14:19
  29:24
**taken**  4:17,20 34:14
**talk**  5:15 8:17 14:12
  17:15 30:10 36:6
**talked**  9:18 51:23
  56:13
**talking**  7:10 28:11,23
  31:8 34:17 39:20
**tandem**  62:10
**tcpa**  21:6
**team**  13:8 15:18 16:7
  16:9 21:17,19 22:3
  22:11,12,18,23 23:10
  39:23 60:19
**technical**  13:12 21:20
**telemarket**  13:18
**telemarketing**  12:15
  12:20 13:5,10,22
  15:13,15 17:16,17
  21:2 24:15,19 45:7
  46:4,14 50:2,11 52:5
  53:3,8,18 54:15
  55:20 56:10 57:20
  58:2,3,5 59:9,16 60:6
  60:6,25 61:22 63:8
**telephone**  5:13 16:13
**telephonic**  2:11
**tell**  8:25 48:7 56:24
**ten**  5:6
**tender**  37:19 39:23
  47:21
**tendered**  37:23 39:14
  40:5 41:13 46:15,16
  50:22 60:24 63:12
**term**  31:10
**testified**  4:5
**testify**  9:2,4,8,11,20
  11:14,18,22 54:5
**testimony**  6:11 36:12
**thank**  4:14 9:17 64:4
  64:6

**things**  10:12 14:16
  14:22 18:11 58:10
  60:22
**think**  5:11 16:25 17:3
  24:2 26:16 28:5
  32:17 34:16 39:12,13
  42:19 43:9 44:20
  45:18 47:7 51:23
  54:7 56:19 57:5,6
**third**  2:9 3:6 8:12
  12:16 19:17,19 21:9
  21:12 24:8,11,12,17
  24:18 25:5,24 27:4
  27:11 29:5,21 30:16
  30:18 31:3 32:3,4,12
  33:5 35:21 37:19,21
  39:5 40:6 41:15
  43:18 44:22,25 45:8
  48:22 51:19 52:17,25
  53:16
**thought**  33:24 43:14
**three**  10:25 17:20
  18:6,17,24 25:11
  36:24 42:13,20 46:11
**time**  5:4 7:15,16 11:3
  14:10 16:10 26:10,17
  33:13 42:2,15 44:12
  44:16 59:18 60:24
  64:6,7
**times**  10:25
**titled**  29:4
**today**  5:19,25 6:11
  11:16 12:3 42:2
**today's**  4:20,22 6:17
  8:17 10:5
**told**  20:8 42:15 49:23
**topics**  8:13,16,20,25
  9:7,12,20 10:7 11:14
  11:19,23 54:4
**tougher**  5:14
**transaction**  56:10
**transcript**  65:7,13
**trident**  18:19 19:3,24
  20:14 27:4,18 28:4
  30:22 32:23 33:19

  56:17,24 57:8 59:22
  61:4
**true**  15:25 22:4 65:10
**try**  7:11 28:20 52:13
**trying**  46:7 47:8,10
  56:19,20
**tsr**  21:6
**twice**  5:2
**two**  10:8,13 13:15
  17:2 19:3 22:11
  25:17,19 53:12
**type**  19:23 55:10
  56:13
**typical**  37:14
**typically**  13:24 39:21
  40:8,11

**u**

**u.s.**  60:24
**ultimately**  22:20
  48:20
**unable**  41:9
**unauthorized**  12:15
  19:17
**understand**  5:22
  6:10,19 8:18 9:19
  10:2 28:17 33:24
  39:13 51:10,25 52:21
  52:22 54:8 56:4
**understanding**  8:21
  9:10 12:11 19:7
  24:16 25:3,21,23
  26:3 28:12 37:3,16
  41:25 44:9 45:16
**understood**  7:6 41:24
  59:6
**underway**  54:24
**united**  1:2
**unsolicited**  12:14
  24:14 38:10 39:9
  43:22 44:3 45:6 46:3
  53:2,8,18
**unusual**  43:18,20
  62:19

**use**  16:13,22 18:2
  23:21 24:11 30:17
  31:3 32:4 33:5,20
  35:21 36:14,18 37:12
  39:5 49:2 52:25
  59:13,18,22

**v**

**valid**  43:12
**various**  8:16 57:20
  58:20
**vendor**  17:8 26:20
  30:15 33:5,21 34:3,8
  45:15
**vendors**  16:22 18:18
  25:4 52:8 56:16
**verbal**  6:24
**veritext**  1:17
**version**  8:9
**versus**  4:19
**vishva**  1:4
**vp**  33:14

**w**

**want**  9:6 24:24 29:8
  29:15,25 30:10 41:23
  47:3,14 51:24 53:22
  54:8 59:5
**wanted**  58:12
**warranted**  20:9
**way**  5:16 8:24 12:5,8
  32:2 47:16 52:13
  55:6
**we've**  20:7
**web**  14:18,20 18:11
  43:19
**weeks**  25:11 36:24
  37:6 42:13,20 46:11
**west**  2:10
**whichever**  8:24
**window**  40:10 57:22
  59:4
**witness**  7:23 9:11
  64:4 65:6,12
**wondering**  48:11

**[work - yeses]**

**work**   15:11 16:17
  18:5 62:25 63:2
**worked**   18:7
**working**   17:5 18:25
**writing**   33:4 35:20
  35:23
**written**   30:17 31:3
  32:4,11 33:20 34:19
  35:20 36:2 44:24
  45:21 48:23 51:13,17
  52:7,16 53:4

**x**

**x**   1:3,9 3:2

**y**

**yamato**   2:15
**year**   57:19,22 58:25
  61:12
**years**   5:7 17:6 59:4,7
**yeses**   6:24