IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VISHVA DESAI, on behalf of herself and others similarly situated,

        Plaintiff,

v.

ADT SECURITY SERVICES, INC.,
        Defendant.

No. 1:11-cv-1925

Judge Bucklo

### AFFIDAVIT OF STEVE GRIBBON

STATE OF COLORADO    )
                                    ) ss:
COUNTY OF DOUGLAS    )

    BEFORE ME, the undersigned authority, personally appeared STEVE GRIBBON, who upon being duly sworn, deposes and says as follows:

1. My name is Steve Gribbon. I am over 18 years of age and not a party to this action. I have personal knowledge of the matters contained in this Affidavit.

2. From 2001 through 2013, I was employed by ADT Security Services, Inc. ("ADT") as its Senior Vice President of Residential Sales.

3. As Senior Vice President of Residential Sales for ADT, I had knowledge of the terms and conditions of the May 28, 2008 Agreement between Elephant Group, Inc. ("Elephant Group") and ADT (the "Agreement") and I executed the Agreement on behalf of ADT acknowledging ADT's acceptance of the terms and conditions of the Agreement. In the years that followed execution of the Agreement, I also communicated on ADT's behalf with Elephant Group concerning the Agreement.

4. Paragraph 17 of the Agreement prohibited Elephant Group from transferring or assigning any of its duties or obligations under the Agreement without the prior express written consent of ADT.

5. As the Senior Vice President of Residential Sales, I was designated as the representative of ADT who was authorized to grant ADT's express written consent or approval under the Agreement. (See paragraph 21 of the Agreement.)

6. Prior to the filing of the Desai lawsuit in March 2011, Elephant Group did not request ADT's express written consent to an assignment of Elephant Group's duties or obligations under the Agreement to any third party.

7. Prior to the filing of the Desai lawsuit in March 2011, I did not grant express written consent to Elephant Group to an assignment of its duties or obligations under the

8. Agreement to any third party.
Further, at no time during my employment with ADT, did I grant written approval to Elephant Group to use prerecorded messages.

FUTHER AFFIANT SAYETH NOT.
DATED: 7/5/14

_____
STEVE GRIBBON

The foregoing instrument was subscribed and sworn to before me this 5th day of July 2014, by STEVE GRIBBON who is personally known to me or who produced Drivers License as identification.

_____
NOTARY PUBLIC, State of Colorado
My commission expires: 3/22/16

[Notary Seal: JESSI HEYER, NOTARY PUBLIC, STATE OF COLORADO]
My Commission Expires March 22, 2016

1