| | |
|---|---|
| **From:** | Daphne Fernandes |
| **To:** | Ryan Neill |
| **CC:** | Reid Shapiro |
| **Sent:** | 4/20/2011 4:57:35 PM |
| **Subject:** | FW: American Protection Services / Paramount Media Group / Saveology |

Ryan

Please read the email below. Are you working with a lead provider called American Protection Services? They have been calling an ADT high level person for several months now, who has repeatedly asked to be put on the DNC list. Let me know your findings.

It is also wise to remove any 303-306 – xxxx numbers from any of your dialing efforts – this area code and 1st 3 numbers are more than likely ADT employees that you are dialing.

Please provide me with the opt-in information for this number below to show why this consumer would be receiving calls from any of your transferring centers.

Thank you,

Daphne Fernandes
Director, Home Security
dfernandes@saveology.com
954-657-9619 - Phone
954-733-1996 - Fax


Over the past 2 to 3 months I've received a near *DAILY* automated telemarketing call at my direct line (303-306-5917) offering me a free home security system. I've repeatedly (on at least 3 occasions) asked that I be placed on a DNC list, but the calls continued. Today, when the call came in I called Ron Frantz over to listen and I let them continue through their presentation.

First they offered me a "free" security system "valued at over $950" at absolutely no cost of any kind to me other than the monthly monitoring, and I verified twice that there was no upfront cost. Then they transferred me to a new contact named Telesa at a direct call-back phone number of 561-394-1007 who told me she was located in FL and worked directly for ADT. She then informed me my only cost would be a $99 installation fee for a security system (including 3 contacts, a motion, a keypad and sounder) for "a value of over $1000", and personally guaranteed me that their company would qualify me for a 20% discount on my homeowner's insurance. When I questioned whether it mattered which company or how much of a discount, she stated absolutely that it would be a 20% discount regardless of the company. I also asked her several times to confirm that the value of the system was over $1000.

The first "operator" told me he worked for American Protection Services, and transferred the call to a "specialist" that would answer more of my questions and could assist with my offer. I was then transferred to Telesa who, after a little prompting, said that she worked for Paramount Media Group. When I later asked if she had some sort of identifying number like a Dealer Number, she said I should look up Saveology and I could call their number at 877-419-7926.



EXHIBIT 7
WIT: Fernandes
DATE: 5/8/14
TAMBRIA L. DEHY, RPR, FPR