| | |
|---|---|
| **From:** | Daphne Fernandes |
| **To:** | cdusa@yahoo.com; Ryan Neill |
| **CC:** | Robin Feinglas |
| **Sent:** | 5/13/2011 11:45:10 AM |
| **Subject:** | DNC-2493 Andy Thompson- VERY IMPORTANT - Need today! |

Hi Chris and Ryan

Can you please review the below complaint from ADT's legal department and provide me with your call logs (Date and times) that you dialed this number? "You" meaning your lead provider as well. I also need the opt-in data for this phone number as well.

Also, the 2 CID's listed -- These CID's are not listed on your CID list that you sent me. Can you please let me know if your affiliates own these CID's? Remember, I need all of the CID's "you" PMG use and that includes your affiliates/lead providers. Just so you know, the CID 315-701-3357 is a major concern to me as this number is calling **me** multiple times a day and I've clicked through and pressed one and it sent me to someone other than PMG. This is a robo dialer and is a major complaint with ADT right now.

Thank you,

Daphne Fernandes
Director of Business Operations
dfernandes@saveology.com
954-657-9619 - Phone
954-733-1996 - Fax


We received a contact complaint from Andy Thompson regarding their telephone number **253-279-7819**. Please investigate and provide us with any opt-in or call history associated with the STN.
The consumer is alleging the following:

- The consumer states that he is receiving sales calls from Home Security Specialists and Paramount Media Group who stated that they were ADT dealers. He states that he has asked to be added to the IDNCL and still receives 4-6 calls a day and received at least 20 calls on 5/5/11. The consumer states that he is an active ADT customer. The CID's were 401-515-0266 and 315-701-3357.



EXHIBIT T 25
WIT: Fernandes
DATE: 5/8/14
TAMBRIA L. DERY, RPR, FPR

RYANNEILL022098

Paramount Subpoena Confidential 0046