**From:** Daphne Fernandes
**To:** 'Ryan Neill'; rudy@paramountmedia.us
**CC:** Jeremy Torisk
**Sent:** 4/21/2011 5:21:57 PM
**Subject:** DNC complaints

Hey Ryan and Rudy

Can you check and see if your databases show that you or any of your partners have called either of these numbers below? If so, please provide me with the info needed (opt-in, when it was called, why it was called and who is calling them). They are both complaints naming the same company "Home Solutions", but I'm sure it's a sub affiliate of one of my affiliates. I've sent this to all of my lead partners so as of right now, I don't know who is calling these numbers.

781-603-2208
845-612-9552

Thank you,

Daphne Fernandes
Director, Home Security
dfernandes@saveology.com
954-657-9619 - Phone
908-619-8518 - Cell
954-733-1996 - Fax



RYANNEILL022095

Paramount Subpoena Confidential 0043