| | |
|---|---|
| From: | Daphne Fernandes |
| To: | rudy@paramountmedia.us |
| CC: | rneill@paramountdish.com; 'Bruce Cohen'; cdusa@yahoo.com |
| Sent: | 4/26/2011 10:03:40 AM |
| Subject: | RE: opt in info for Mark Gorge |

Hi all

Did you find out if those 3 caller ID's were your lead providers? Can we please get on a call today, I must answer ADT today with information good or bad – we have to put this one to rest.

Thank you,

Daphne Fernandes
Director, Home Security
dfernandes@saveology.com
954-657-9619 - Phone
954-733-1996 - Fax

**From:** rudy@paramountmedia.us [mailto:rudy@paramountmedia.us]
**Sent:** Monday, April 25, 2011 10:03 AM
**To:** Daphne Fernandes
**Cc:** rneill@paramountdish.com; 'Bruce Cohen'; cdusa@yahoo.com
**Subject:** RE: opt in info for Mark Gorge

Np. I will get you more info asap.

**From:** Daphne Fernandes [mailto:dfernandes@saveology.com]
**Sent:** Monday, April 25, 2011 9:39 AM
**To:** rudy@paramountmedia.us
**Cc:** rneill@paramountdish.com; 'Bruce Cohen'; cdusa@yahoo.com
**Subject:** RE: opt in info for Mark Gorge

Thank you Rudy.

Can you please let me know how this customer was contacted by your lead provider? We have to answer today or accept the fine and complaint.
I went to buy.com and read through their privacy policy and could not see where it states they opted in for 3rd party advertisers offers. Please let me know how your lead provider contacted this number (i.e. via survey and the customer pressed 3 to opt-in for a home security offer? Is it a generic home security offer? What are the other offers on this survey?

Thank you,

Daphne Fernandes
Director, Home Security
dfernandes@saveology.com
954-657-9619 - Phone
954-733-1996 - Fax

**From:** rudy@paramountmedia.us [mailto:rudy@paramountmedia.us]
**Sent:** Friday, April 22, 2011 5:08 PM
**To:** Daphne Fernandes
**Cc:** rneill@paramountdish.com; 'Bruce Cohen'; cdusa@yahoo.com
**Subject:** opt in info for Mark Gorge

```
Opt in record for 586-777-7800
```

RYANNEILL025468

Paramount Subpoena Confidential 3660

Email :darrylpapersunshine@hotmail.com

FirstName: ,darryl

LastName: knox

Address: 27936 groesbeck hwy

City: Roseville

State: mi

ZipCode: 48066

PhoneNumber: 5867777800

Opt-in Site: buy.com

Opt-in IP: 147.124.179.197

Opt-in Date: 12/25/2010 18:29

RYANNEILL025469

Paramount Subpoena Confidential 3661