To: Geiger, Daniel J[dgeiger@adt.com]
From: Daphne Fernandes
Sent: Mon 2/28/2011 2:45:39 PM
Subject: RE: more unsolicited calls-Saveology-Paramount

Good morning Dan

I m on this today and will get back to you. Yes, we do work with Paramount, but they aren t an outbound team so I m going to get to the bottom of this one.

Thank you,

Daphne Fernandes

Director, Home Security

dfernandes@saveology.com

954-657-9619 - Phone

954-733-1996 - Fax

From: Geiger, Daniel J [mailto:dgeiger@adt.com]
Sent: Friday, February 25, 2011 6:45 PM
To: Daphne Fernandes
Subject: FW: more unsolicited calls-Saveology-Paramount
Importance: High

Hi Daphne,

Can you please check into this for me and respond back to Maria ASAP.

Thanks and enjoy your weekend,

**Dan Geiger**



EXHIBIT 10
WIT: Fernandes
DATE: 5/8/14
TAMBRIA L. DERY, RPR, FPR

ADT 001385　　　　　　　　　　　　　　　　　　CONFIDENTIAL

Group Director

National Strategic Partnerships and Relations

**ADT Security Services, Inc.**

14200 East Exposition Avenue

Aurora, CO 80012

(W) 303.306.5903

(C) 303.885.8169

(F) 303.306.5735

dgeiger@adt.com


From: DiGiorgio, Maria
Sent: Friday, February 25, 2011 11:19 AM
To: Geiger, Daniel J
Subject: RE: more unsolicited calls-Saveology-Paramount
Importance: High


Hi Dan:


I was told that you manage the Saveology relationship. Apparently, there has been a complaint about a marketing partner they use to sell ADT products. Please read complaint below. Can you ask Saveology (1) to confirm whether or not they use them, and if they do, (2) to forward Paramount the complaint and ask them to respond accordingly (provide their response to ADT), and lastly, could you ask SAveology to produce a copy of the agreement with Paramount? Thanks!


Below is a more in depth description of what folks are experiencing from calls by this company working with Saveology.

I got another call from these guys this morning. (they have been trying me multiple times a day) The call rep said "This is Dan with ADT Home Security"

I spoke with his supervisor. He confirmed they are with Paramount Media Group of Boca Raton Fl. I asked if they were working with ADT corporate or a dealer and he said they are a partner of Saveology. Saveology gives them lists to call.

So even though I told Saveology to put me on the DNC list, my name still got sent over to their partner.

Google 561-288-4098 and check out all the complaints.

http://800notes.com/Phone.aspx/1-561-288-4098

Read the posts about people filing complaints with FCC.

This email (including any attachments) may contain information that is private or business confidential. If you received this email in error, please delete it from your system without copying it and notify sender by reply email so that our records can be corrected.

ADT 001387                                            CONFIDENTIAL