**From:** Daphne Fernandes
**To:** 'Ryan Neill'; Chris D'Isa
**CC:** Robin Feinglas
**Sent:** 4/8/2011 10:09:21 AM
**Subject:** DNC 2387 Mark Gorge & Associates

Good morning Ryan and Chris

Can you please investigate the below email we received from ADT's legal department and provide us with the opt-in information where this consumer opted in to receive a call from your call center in regards to ADT and also let us know the dates this consumer was called and what date they requested to be added to the ADT DNC list? This number does not exist in our database.

Are your call centers making outbound calls? If so, we must scrub those number prior to calling the consumers even if they opted in. I was under the impression that all of your calls were inbound calls. If you are dialing, we have to start the scrub today. This is very important to ADT.

ADT's request:

I am contacting you in regards to a contact complaint we received from Mark Gorge & Associates regarding their telephone number, 586-777-7800. The consumer alleges the following:

- The consumer states that he is receiving calls from Saveology. The consumer states that he has previously requested to be added to the IDNCL. The consumer states that the CID are 715-254-0275, 678-765-1335 and 877-765-1335.

While investigating we reached Paramount Media group and spoke with Chris D'Isa who advised that they were working with Saveology. Please investigate the consumer's allegations and advise us of your findings.

Thank you,

Daphne Fernandes
Director, Home Security
dfernandes@saveology.com
954-657-9619 - Phone
908-619-8518 - Cell
954-733-1996 - Fax


EXHIBIT 4
WIT: Fernandes
DATE: 5/8/14
TAMBRIA L. DERY, RPR, FPR

RYANNEILL000071