| | |
|---|---|
| **From:** | Daphne Fernandes |
| **To:** | Bruce Cohen |
| **CC:** | Ryan Neill |
| **Sent:** | 4/13/2011 9:44:58 AM |
| **Subject:** | RE: my email address |
| **Attachments:** | ADT Affiliate guidelines T and Cs 6.16.10.docx; ADT DNC Scrub Process PMG.docx; Calling Time Restrictions by State 5.26.10.xlsx |

Hi Bruce

(Sorry, this never left my outbox yesterday) Please confirm you will start this process today.

Attached please find the instructions on the ADT DNC scrubbing process along with the marketing guidelines on what should be scrubbed. I've also included the State and Federal national calling time restrictions.

ADT requires all phone numbers that require an outbound dial to be scrubbed against the ADT DNC. They do not permit telemarketing and consider telemarketing any opt-in lead to a home security offer.
General rule, if you have to dial it via your fingers or a dialer, it must be scrubbed prior to dialing. (keeps all of us out of ADT legal department). It is to be scrubbed every 7 days on the same day of the week for a max of 90 days or if state laws require stricter guidelines.

Thank you,

Daphne Fernandes
Director, Home Security
dfernandes@saveology.com
954-657-9619 - Phone
954-733-1996 - Fax

---

**From:** Bruce Cohen [mailto:bcohen@braindongle.com]
**Sent:** Monday, April 11, 2011 9:30 AM
**To:** Daphne Fernandes
**Subject:** my email address

Daphne,

I hadn't received your email on Friday.

I am assuming a typo, so you can reply to this.
Please send over the DNC scrubbing infoo.

Thanks,

--
Bruce Cohen

Brain Dongle Consulting
www.BrainDongle.com

o: 561-206-4578
c: 561-716-2728
f: 561-594-0478



EXHIBIT TT 6
WIT: Fernandes
DATE: 5/8/14
TAMBRIA L. DERY, RPR, FPR

RYANNEILL025462