| | |
|---|---|
| **From:** | Robin Feinglas [rfeinglas@saveology.com] |
| **Sent:** | Thursday, August 25, 2011 4:03 PM |
| **To:** | Daphne Fernandes |
| **Subject:** | FW: Robin's info |

Here is what Ryan says but I have IO's that he signed with EMI on 11/22/10, 1/30/11, 2/14/11 2/18/11 and 2/7/11

**From:** rneill@paramountmedia.us [mailto:rneill@paramountmedia.us]
**Sent:** Thursday, August 25, 2011 1:41 PM
**To:** Robin Feinglas
**Subject:** RE: Robin's info

As per my IT we started on 2/14 we terminated relationship on 5/6 we received 9,726 inbound calls over the three month period

Please let me know if there is any additional information I can get you

**From:** Robin Feinglas [mailto:rfeinglas@saveology.com]
**Sent:** Thursday, August 25, 2011 1:16 PM
**To:** rneill@paramountmedia.us
**Subject:** RE: Robin's info

Thanks – as you know we are dealing with attorneys and need to be exact as possible.

**From:** rneill@paramountmedia.us [mailto:rneill@paramountmedia.us]
**Sent:** Thursday, August 25, 2011 12:54 PM
**To:** Robin Feinglas
**Subject:** RE: Robin's info

I was guessing the month, I didn't actually have my tech pull the last date of call which I did for you today. I started paramount in November and started selling adt with Saveoligy in December of 11, so in search for leads somewhere between January and the last date of the date I sent to you which was where I came across the problem. I can pull exact dates but again I will have to check with My IT department for exacts.

I will have My IT department run you that report today!


**From:** Robin Feinglas [mailto:rfeinglas@saveology.com]
**Sent:** Thursday, August 25, 2011 12:45 PM
**To:** rneill@paramountmedia.us
**Subject:** RE: Robin's info

Ryan
Last week you told Reid that you stopped doing business with EMI in March and now you say it is May – did you just forget the months?

Also is there any way you can tell me how many leads you purchased from EMI?

Thanks!



1

SAV005558

**From:** rneill@paramountmedia.us [mailto:rneill@paramountmedia.us]
**Sent:** Thursday, August 25, 2011 11:24 AM
**To:** Robin Feinglas
**Subject:** RE: Robin's info

Robin this is EMI Insertion order as you can see it is very vague! My last lead received from them was on 5/6/2011 18:07 as per my system. This company assured me all there information was opt –in and compliant at all times. At first notification that something was wrong with their marketing tactics I investigated and terminated the relationship.

As stated many times I work very hard on a day to day basis to sell this product with the utmost compliance. I have a copy of the marketing guidelines on my desktop which I review frequently. If there is any additional information you will need from Paramount Media Group I will be happy to assist as we want to clear our name of this one time issue.

Best Regards,
Ryan Neill

**From:** Robin Feinglas [mailto:rfeinglas@saveology.com]
**Sent:** Thursday, August 25, 2011 11:02 AM
**To:** rneill@Paramountdish.com
**Subject:** Robin's info


*Robin Feinglas, CP*
*Certified Senior Corporate Paralegal*
*Saveology.com LLC*
*954-691-9520 direct line*
*954-733-1996 fax*

2