| | |
|---|---|
| **From:** | Robin Feinglas [rfeinglas@saveology.com] |
| **Sent:** | Thursday, August 25, 2011 5:08 PM |
| **To:** | rneill@paramountmedia.us |
| **Cc:** | Daphne Fernandes; Joshua L. Spoont |
| **Subject:** | EMI IO's |
| **Attachments:** | 20110825170551544.pdf |

Hi Ryan,

I have the attached Io's from EMI with your signature – dating from 11/22/10 -2/18/11. Can you verify that this is your signature and that you did work with EMI these dates?

Thanks.

*Robin Feinglas, CP*
*Certified Senior Corporate Paralegal*
*Saveology.com LLC*
*954-691-9520 direct line*
*954-733-1996 fax*



1

SAV005642


Europe Media International

# TRANSFER SERVICE ORDER

Client Name: Freemont Media Group         Account Manager: Eve Lepar

## TERMS OF SERVICE

1. All terms and conditions set forth in the Client's Account Application apply to this Service Order
2. Payment for services is expected in advance. Provider has no obligation to provide service until payment is received.
3. Overpayments and service credits will be applied towards subsequent Service Orders.
4. Client shall be invoiced for actual calls transferred, which may exceed calls ordered by up to 15%.
5. For full credit, this Order must be cancelled one full day prior to the scheduled service date. Client will be invoiced for all services provided prior to Company's receipt of a written cancellation notice.
6. Client has read and approved all scripts associated with this Service Order.

## SERVICE ORDER DETAILS - (check all that apply)

Call Screening & Transfers: Call Transfer Number: 81-791-008         Per Transfer Rate: 11.00

| Start Date | End Date | Start Time (EST) | End Time (EST) | Transfer Total | Per Trans. Cost | Total Cost | |
|---|---|---|---|---|---|---|---|
| 2/21/2011 | 3/31/2011 | | | 800 | 11.00 | 8,800.00 | |
| Transfers Per Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| | | | | | | | |

| Target Markets | US - excluding HI, NY, CA, PA |
|---|---|
| Message Details | |
| Screening Details | |
| Special Instructions | |

## PAYMENT METHOD - (Check One)

☐ Wire Transfer:
   Bank:
   Account Name:
   Account Number:
   Routing Number:
   Payment Details:

☐ Company Check:
   Check Submitted: ☐   NOTE: Services will not commence until your check has cleared!

☑ Other:
   Special Instructions:
   $8,000.00 will be charged to card listed on separate Credit Card Authorization form
   _____ Initials

ACKNOWLEDGEMENT: I hereby request delivery of the Services detailed in this Service Order Form, which shall be delivered in accordance with the terms and conditions set forth in the Master Agreement and the additional Terms of Service set forth herein.

Signed: [signature]
Print Name: Ryan M Nk.
Date: 2/11/2011

Fax Completed form to: 718-484-3118

[ENTERED stamp]

SAV005643



# TRANSFER SERVICE ORDER

Client Name: ~~~~~~~~~~~~~ Account Manager: ~~~~~~~

## TERMS OF SERVICE
1. All terms and conditions set forth in the Client's Account Application apply to this Service Order.
2. Payment for services is expected in advance. Provider has no obligation to provide service until payment is received.
3. Overpayments and service credits will be applied towards subsequent Service Orders.
4. Client shall be invoiced for actual calls transferred, which may exceed calls ordered by up to 15%.
5. For full credit, this Order must be cancelled one full day prior to the scheduled service date. Client will be invoiced for all services provided prior to Company's receipt of a written cancellation notice.
6. Client has read and approved all scripts associated with this Service Order.

## SERVICE ORDER DETAILS - (check all that apply)

Call Screening & Transfer: Call Transfer Number: ~~~~~~~~ Per Transfer Rate: ~~~~

| Start Date | End Date | Start Time (EST) | End Time (EST) | Transfer Total | Per Trans. Cost | Total Cost | |
|---|---|---|---|---|---|---|---|
| ~~~~~ | ~~~~~ | | | 530 | 15.00 | $000.00 | |
| Transfers Per Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| | | | | | | | |

| Target Markets | US - ~~~~~~~~~~~ |
|---|---|
| Message Details | |
| Screening Details | |
| Special Instructions | |

## PAYMENT METHOD - (Check One)

☐ Wire Transfer:
   Bank:
   Account Name:
   Account Number:
   Routing Number:
   Payment Details:

☐ Company Check:
   Check Submitted: ☐ NOTE: Services will not commence until your check has cleared

☑ Other:
   Special Instructions:
   
   $8,000.00 will be charged to card listed on separate Credit Card Authorization form
   _____ Initials

ACKNOWLEDGEMENT: I hereby request delivery of the Services detailed in this Service Order Form, which shall be delivered in accordance with the terms and conditions set forth in the Master Agreement and the additional Terms of Service set forth herein.

Signed: ~~~~~~~
Print Name: Ryan R Neill
Date: 2/14/11

Fax Completed form to: ~~~~~~~

ENTERED

SAV005644



# TRANSFER SERVICE ORDER

Client Name: ~~Personal Info Group~~　　　　Account Manager: ~~drk tape~~

## TERMS OF SERVICE
1. All terms and conditions set forth in the Client's Account Application apply to this Service Order.
2. Payment for services is expected in advance. Provider has no obligation to provide services until payment is received.
3. Overpayments and service credits will be applied towards subsequent Service Orders.
4. Client shall be invoiced for actual calls transferred, which may exceed calls ordered by up to 15%.
5. For full credit, this Order must be cancelled one full day prior to the scheduled service date. Client will be invoiced for all services provided prior to Company's receipt of a written cancellation notice.
6. Client has read and approved all scripts associated with this Service Order.

## SERVICE ORDER DETAILS - (check all that apply)

Call Screening & Transfer: Call Transfer Number: ~~~~　　Per Transfer Rate: ~~~~

| Start Date | End Date | Start Time (EST) | End Time (EST) | Transfer Total | Per Trans. Cost | Total Cost | |
|---|---|---|---|---|---|---|---|
| ~~~~ | ~~~~ | | | ~~~~ | ~~~~ | ~~~~ | |
| Transfers Per Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |

| Target Markets | US - ~~~~ FL, NY, LA, PA |
|---|---|
| Message Details | |
| Screening Details | |
| Special Instructions | |

## PAYMENT METHOD - (Check One)

☐ Wire Transfer:
　Bank:
　Account Name:
　Account Number:
　Routing Number:
　Payment Details:

☐ Company Check:
　Check Submitted: ☐　NOTE: Services will not commence until your check has cleared!

☑ Other:
　Special Instructions:
　$8,320.00 will be charged to card listed on separate Credit Card Authorization form
　(UN) initials

ACKNOWLEDGEMENT: I hereby request delivery of the Services detailed in this Service Order Form, which shall be delivered in accordance with the terms and conditions for service in the Master Agreement and the additional Terms of Service set forth herein.

Signed: _____
Print Name: _____ Neil
Date: 2/7/11

Fax Completed form to: ~~~~

ENTERED

SAV005645