| | |
|---|---|
| **From:** | Sara Goldberg |
| **To:** | "Daniel W. Pisani" |
| **Cc:** | "C. Sanders McNew"; "James K. Schultz" |
| **Subject:** | RE: ADT v. Elephant Group |
| **Date:** | Monday, April 28, 2014 4:59:00 PM |

Yes, I have that document which is entitled "Addendum One to Paramount Media Group." The first paragraph states that the addendum amends the Affiliate Agreement dated 10/12/10 between Paramount and Saveology. Could you send me the Affiliate Agreement?
Thank you.
Sara

**From:** Daniel W. Pisani [mailto:dpisani@sessions-law.biz]
**Sent:** Friday, April 25, 2014 6:14 PM
**To:** 'Sara Goldberg'
**Cc:** 'C. Sanders McNew'; James K. Schultz
**Subject:** RE: ADT v. Elephant Group

Sara,

Can you send me a copy of the redacted agreement to which refer? I know there was an agreement filed by ADT in support of a previous motion (Dkt. 179-1) but that document does not appear redacted.

I will contact Elephant Group about the verification form and the 30(b)(6) representative and will follow up with you early next week. I believe Ms. Fernandes will be the 30(b)(6) rep., but I need to confirm.

Dan



**Daniel W. Pisani, Attorney | Sessions, Fishman, Nathan & Israel, L.L.C.**
Direct: 312.578.0994 | Fax: 312.578.0991 | dpisani@sessions-law.biz
55 W. Monroe St., Ste.1120, Chicago, IL 60603-5130 | Main: 312.578.0990
Direct Links: BIO | EMAIL • WEBSITE
California • Colorado • Florida • Georgia • Illinois
Louisiana • New Jersey • New York • Ohio • Texas

Confidentiality: This e-mail is confidential and intended only for the recipient(s) named. Unless you are a named recipient, your reading, distributing, forwarding, or copying this communication is prohibited and may violate the legal rights of others. If you received this communication in error, please call me, return the e-mail to me, and delete it from your system.

**From:** Sara Goldberg [mailto:sara@saragoldberglaw.com]
**Sent:** Friday, April 25, 2014 1:11 PM
**To:** Daniel W. Pisani; James K. Schultz
**Cc:** 'C. Sanders McNew'
**Subject:** ADT v. Elephant Group

Dan,
A few questions for you:
- Could you send me complete and unredacted copies of the agreements between Saveology and Paramount? The agreements that were previously produced by Elephant Group are partial and/or redacted. Or, if I have missed them amongst all the papers, please send me the Bates numbers of the complete and unredacted agreements.
- I don't have a signature or verification to Elephant Group's answers to ADT's interrogatories. Could you please forward that as well.
- Finally, please let me know whether Daphne Fernandes will be serving as the 30(b)(6) witness or whether another person(s) will be testifying.

Thank you.
Sara

Law Offices of Sara A. Goldberg, P.A.

20283 State Road 7
Suite 300
Boca Raton, FL 33498
Tel 561.479.1693
Fax 561.894.3664
sara@saragoldberglaw.com

CONFIDENTIALITY NOTICE: This e-mail contains privileged and confidential information. It is intended only for the use of the persons(s) named above. If you are not the intended recipient, you are hereby on notice that you are prohibited from reviewing, copying, distributing, or otherwise using this information. Please contact the sender by reply e-mail and delete this e-mail and all attachments from your system.