Page 1

1    IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                  EASTERN DIVISION
3   VISHVA DESAI,
4        Plaintiff,
5   vs.
6   ADT SECURITY SERVICES, INC,
    et al,
7
         Defendants.
8   _____/
9                          301 Northeast 51st Street,
                           Boca Raton, Florida,
10                         Monday, May 6, 2014,
                           9:34 a.m.
11
12
             DEPOSITION OF HANNAH LIM, ESQ.
13
14     Taken on behalf of the Elephant Group before
15  Barbara Wilkie, Shorthand Reporter and Notary Public in
16  and for the State of Florida at Large, pursuant to an
17  Amended Notice of Taking Deposition in the above cause.
18
19
20
21
22
23
24
25

Page 74

1 Green's decision as to who would be permitted to be in
2 any room at any given time?
3     A    Correct, correct.
4     Q    When you ultimately decided on the settlement
5 number -- which was $15 million, right?
6     A    That's correct.
7     Q    -- did you get approval for that number from
8 any other entity?
9     MR. MCNEW:  Objection to the extent it
10     requires disclosure of attorney-client
11     communication.
12     A    We advised all parties that, if they wanted to
13 object to the reasonableness of the settlement, that
14 they had the option to do that, and we heard no
15 objections.
16     Q    When did you give them the option?  When did
17 this conversation take place?  Was it an email, or was
18 it a phone call?
19     A    It was at the mediations.
20     Q    Well, you didn't settle it at the mediation,
21 did you?
22     A    We settled it, I think, over the course of
23 multiple meetings, mediation meetings.
24     Q    Right.  The settlement agreement, I think, is
25 dated January 30, 2013.

Page 75

1   A   But no one signs settlement agreements with
2   all terms at a mediation.  This is a $15 million
3   settlement.  It's not a $3,000 settlement.  So it was
4   penned and executed months after, I'm sure, the
5   mediation concluded.
6   Q   So, are you saying that you allowed everyone
7   to provide input into the total settlement number that
8   was being paid to settle this lawsuit?
9   A   They would have been allowed to object to the
10  reasonableness of the settlement.
11  Q   Well, what do you mean by that?  Specifically
12  with regard to Elephant Group, did you discuss the
13  settlement of the claims with anyone at Elephant Group
14  before you entered into this settlement agreement?
15  A   We did.  We did.
16  Q   When was that?
17  A   At the mediation.
18  Q   You told someone from Elephant Group that you
19  were going to settle the case for $15 million?
20  A   I spoke with both Joseph Bamira and counsel.
21  Q   And you got their input into whether or not
22  the settlement should go forward, or you just tell them
23  that that is the number?
24  A   I advised them that we intended to resolve the
25  suit and, if they had any objections on reasonableness,

Page 76

1 they should indicated that.  And Bamira's response was,
2 "You should settle it for whatever you think is
3 appropriate."  And he put up his hands like this
4 (indicating).
5     Q    So, it wasn't ---
6     A    That, I remember vividly.
7     Q    So, it wasn't a conversation along the lines
8 of, "Do you think that this is a reasonable settlement"?
9 It was, more or less, "We are going to do this"?
10     A    Oh, no, no.  It was, "This is the settlement
11 that we believe we can reach.  Do you have any
12 objections to the reasonableness of the settlement,"
13 because, at that last session, Bamira did not want to
14 attend it.  He said, "We are not going to attend."
15     I said, "If you do not attend, then you are
16 waiving your rights to object to the reasonableness of
17 the settlement."  Then they did show up, and then we
18 spoke with them multiple times during the course of the
19 mediation.
20     We advised them, if they had any objections to
21 the reasonableness, they should lodge them now.  And
22 Joseph indicated, "You should settle it for whatever you
23 think is reasonable," and he went like this, with his
24 hands up in the air.
25     Q    I want to go back to Defender.  Defender was