**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

)
)
Plaintiff(s) ) Case No.
v. )
)
Defendant(s)

## **JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

    in favor of plaintiff(s)

        and against defendant(s)

        in the amount of        ,

            which includes     pre–judgment interest.

            does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

    in favor of defendant(s)

    and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

    other:

---

This action was *(check one)*:

| | |
|---|---|
| tried by a jury with Judge | presiding, and the jury has rendered a verdict. |
| tried by Judge | without a jury and the above decision was reached. |
| decided by Judge | for on a motion for |

Date:                                       Thomas G. Bruton, Clerk of Court

                                                                                 _____

                                                                                 Deputy Clerk