IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Defendant.<br>_____<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MR. PETE TOLMAN; LEADS DIRECT MARKETING; VOICE TEL CORP.; MR. CHRISTOPHER LONG; EMI, INC.; CITY VIP, LLC; JMB ENTERPRISES; DIRECT SAVINGS USA, INC.; MR. OSCAR MONTENEGRO; EVERSAFE SECURITY SYSTEMS, INC.; SAFE STREETS, USA, LLC; PARAMOUNT MEDIA GROUP; THE ELEPHANT GROUP, INC.; and UNKNOWN JOHN DOE DEFENDANTS 1 THROUGH XX,<br><br>    Third-Party Defendants. | Case No. 11 CV 1925<br><br>Judge: Bucklo |

**MOTION FOR LEAVE TO FILE APPEARANCES *INSTANTER***

  NOW COMES Defendant The Elephant Group, Inc., and pursuant to Rule 83.17 of the Local Rules for the Northern District of Illinois, respectfully requests that the Court grant leave for Joel D. Bertocchi and Gretchen Harris Sperry, of Hinshaw & Culbertson LLP, to appear in this matter on its behalf. In support of this motion, Defendant states as follows:

  1. The Elephant Group, Inc. is represented in this case by the law firm of Sessions Fishman Nathan & Israel LLC.

2. The Elephant Group, Inc. has retained Hinshaw & Culbertson LLP to serve as additional counsel in this case and requests leave for Joel D. Bertocchi and Gretchen Harris Sperry to appear on its behalf.

3. The undersigned attorney, Joel D. Bertocchi, along with Gretchen Harris Sperry, hereby request leave to file their appearances, attached hereto as Exhibits 1 and 2, on behalf of The Elephant Group, Inc.

4. Sessions Fishman Nathan & Israel LLC has no objection to this motion.

WHEREFORE, The Elephant Group, Inc. respectfully requests that this Court grant leave to attorneys Joel D. Bertocchi and Gretchen Harris Sperry to file their Appearances on its behalf.

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP

        By:    /s/ Joel D. Bertocchi
                One of the Attorneys for Defendant
                The Elephant Group, Inc.

Joel D. Bertocchi
Gretchen Harris Sperry
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, IL 60601
(312) 704-3000

### CERTIFICATE OF SERVICE (ECF)

I, the undersigned, state that I filed the above and foregoing **Motion for Leave to File Appearances *Instanter*** via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on March 5, 2014.

        */s/Joel David Bertocchi*
        Joel David Bertocchi

131013095v1 0969700