IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Defendant.<br>_____<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MR. PETE TOLMAN; LEADS DIRECT MARKETING; VOICE TEL CORP.; MR. CHRISTOPHER LONG; EMI, INC.; CITY VIP, LLC; JMB ENTERPRISES; DIRECT SAVINGS USA, INC.; MR. OSCAR MONTENEGRO; EVERSAFE SECURITY SYSTEMS, INC.; SAFE STREETS, USA, LLC; PARAMOUNT MEDIA GROUP; THE ELEPHANT GROUP, INC.; and UNKNOWN JOHN DOE DEFENDANTS 1 THROUGH XX,<br><br>    Third-Party Defendants. | Case No. 11 CV 1925<br><br>Judge: Bucklo |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**The Elephant Group, Inc.**

| |
|---|
| NAME (Type or Print):<br>**Joel David Bertocchi** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>**/s/ Joel David Bertocchi** |
| FIRM<br>Hinshaw & Culbertson LLP |
| STREET ADDRESS<br>222 N. LaSalle Street, #300 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| | |
|---|---|
| ID NUMBER (See Item 3 in Instructions) <br> 6227292 | TELEPHONE NUMBER <br> (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　YES ❑　　NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　YES ❑　　NO ☑ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　YES ❑　　NO ☑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES ❑　NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX THAT BEST DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ❑　　　APPOINTED COUNSEL ❑ ||

========================================================================
### CERTIFICATE OF SERVICE (ECF)

  I, the undersigned, state that I filed the above and foregoing **Appearance of Joel David Bertocchi** via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on <u>March 5, 2014</u>.

                         */s/Joel David Bertocchi*
                         Joel David Bertocchi

131012753v1 0969700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT,<br><br>    Plaintiffs,<br><br>v.<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Defendant.<br>_____<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MR. PETE TOLMAN; LEADS DIRECT MARKETING; VOICE TEL CORP.; MR. CHRISTOPHER LONG; EMI, INC.; CITY VIP, LLC; JMB ENTERPRISES; DIRECT SAVINGS USA, INC.; MR. OSCAR MONTENEGRO; EVERSAFE SECURITY SYSTEMS, INC.; SAFE STREETS, USA, LLC; PARAMOUNT MEDIA GROUP; THE ELEPHANT GROUP, INC.; and UNKNOWN JOHN DOE DEFENDANTS 1 THROUGH XX,<br><br>    Third-Party Defendants. | Case No. 11 CV 1925<br><br>Judge: Bucklo |

## NOTICE OF FILING

    PLEASE TAKE NOTICE THAT on March 5, 2015, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Appearance of Joel David Bertocchi**, a copy of which is herewith attached and served upon you.

                                                               Respectfully submitted,

                                                          By:  */s/Joel David Bertocchi*
                                                               One of Defendants' Attorneys

Joel David Bertocchi
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3000

======================================================================
**<u>CERTIFICATE OF SERVICE (ECF)</u>**

  I, the undersigned, state that I filed the above and foregoing **Appearance of Joel David Bertocchi** via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on <u>March 5, 2015</u>

            */s/Joel David Bertocchi*
             Joel David Bertocchi

131012753v1 0969700