IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Defendant.<br>_____<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MR. PETE TOLMAN; LEADS DIRECT MARKETING; VOICE TEL CORP.; MR. CHRISTOPHER LONG; EMI, INC.; CITY VIP, LLC; JMB ENTERPRISES; DIRECT SAVINGS USA, INC.; MR. OSCAR MONTENEGRO; EVERSAFE SECURITY SYSTEMS, INC.; SAFE STREETS, USA, LLC; PARAMOUNT MEDIA GROUP; THE ELEPHANT GROUP, INC.; and UNKNOWN JOHN DOE DEFENDANTS 1 THROUGH XX,<br><br>    Third-Party Defendants. | Case No. 11 CV 1925<br><br>Judge: Bucklo |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**The Elephant Group, Inc.**

| |
|---|
| NAME (Type or Print): <br> **Gretchen Harris Sperry** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> **/s/Gretchen Harris Sperry** |
| FIRM <br> Hinshaw & Culbertson LLP |
| STREET ADDRESS <br> 222 N. LaSalle Street, #300 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 |

| ID NUMBER (See Item 3 in Instructions) 6286343 | TELEPHONE NUMBER (312) 704-3000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ❑    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ❑    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ❑    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ❑  NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX THAT BEST DESCRIBES YOUR STATUS. RETAINED COUNSEL ❑         APPOINTED COUNSEL ❑ ||

==================================================================
### CERTIFICATE OF SERVICE (ECF)

I, the undersigned, state that I filed the above and foregoing **Appearance of Gretchen Harris Sperry** via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on March 5, 2014.

*/s/Gretchen Harris Sperry*
Gretchen Harris Sperry

131012733v1 0969700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT,<br><br>    Plaintiffs,<br><br>v.<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>    Defendant.<br>―――――――――――――――――――――<br>ADT SECURITY SYSTEMS, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MR. PETE TOLMAN; LEADS DIRECT MARKETING; VOICE TEL CORP.; MR. CHRISTOPHER LONG; EMI, INC.; CITY VIP, LLC; JMB ENTERPRISES; DIRECT SAVINGS USA, INC.; MR. OSCAR MONTENEGRO; EVERSAFE SECURITY SYSTEMS, INC.; SAFE STREETS, USA, LLC; PARAMOUNT MEDIA GROUP; THE ELEPHANT GROUP, INC.; and UNKNOWN JOHN DOE DEFENDANTS 1 THROUGH XX,<br><br>    Third-Party Defendants. | Case No. 11 CV 1925<br><br>Judge: Bucklo<br><br>Magistrate Judge: Kim |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE THAT on <u>March 5, 2015</u>, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Appearance of Gretchen Harris Sperry**, a copy of which is herewith attached and served upon you.

    Respectfully submitted,

By: */s/Gretchen Harris Sperry*
    One of Defendants' Attorneys

Gretchen Harris Sperry
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3000

131012733v1 0969700

=======================================================================
## CERTIFICATE OF SERVICE (ECF)

    I, the undersigned, state that I filed the above and foregoing **Appearance of Gretchen Harris Sperry** via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on <u>March 5, 2015</u>

*/s/Gretchen Harris Sperry*
Gretchen Harris Sperry
