UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Vishva Desai, et al.
                                    Plaintiff,

v.                                  Case No.: 1:11−cv−01925
                                    Honorable Elaine E. Bucklo

ADT Security Services, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 9, 2015:

    MINUTE entry before the Honorable Elaine E. Bucklo: Motion for leave to file appearances of Joel D. Bertocchi and Gretchen Harris Sperry of Hinshaw & Culbertson LLP as additional counsel [315] is granted. Attorney Joel D. Bertocchi,Gretchen Harris Sperry for The Elephant Group, Inc. added. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.