IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT, on behalf of themselves and others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>ADT SECURITY SYSTEMS, INC.,<br><br>　　Defendant.<br>------------------------------------------------------------<br>ADT SECURITY SYSTEMS, INC.,<br><br>　　Third-Party Plaintiff,<br><br>　　v.<br><br>MR. PETE TOLMAN; LEADS DIRECT MARKETING; VOICE TEL CORP.; MR. CHRISTOPHER LONG; EMI, INC.; CITY VIP, LLC; JMB ENTERPRISES; DIRECT SAVINGS USA, INC.; MR. OSCAR MONTENEGRO; EVERSAFE SECURITY SYSTEMS, INC.; SAFE STREETS USA, LLC; PARAMOUNT MEDIA GROUP; THE ELEPHANT GROUP, INC.; and UNKNOWN JOHN DOE DEFENDANTS I THROUGH XX,<br><br>　　Third-Party Defendants. | Case No. 11 C 1925<br><br>Judge Bucklo |

**MOTION TO WITHDRAW AS COUNSEL FOR ELEPHANT GROUP, INC.**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorneys James K. Schultz and Daniel W. Pisani of the law firm of Sessions Fishman Nathan & Israel, LLC respectfully move for leave to withdraw as

1

attorneys of record for Third-Party Defendant, ELEPHANT GROUP, INC. ("Elephant Group") in this matter, and state in support:

1. A conflict has arisen which prevents attorneys from the law firm of Sessions Fishman Nathan & Israel, LLC from continuing to represent Elephant Group in this matter.

2. Elephant Group is represented by attorneys Gretchen Harris Sperry, Joel D. Bertocchi and David M Schultz of the law firm of Hinshaw & Culbertson who will continue to represent Elephant Group in this matter.

WHEREFORE, attorneys James K. Schultz and Daniel W. Pisani respectfully request this Court grant them leave to withdraw as attorneys for Elephant Group, Inc. in this matter.

Respectfully submitted,

*/s/: Daniel W. Pisani*
Daniel W. Pisani
James K. Schultz
Sessions Fishman Nathan & Israel, LLC
120 S. LaSalle Street, Suite 1960
Chicago, Illinois 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
jschultz@sessions-law.biz
dpisani@sessions-law.biz

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*/s/: Daniel W. Pisani*
Daniel W. Pisani