IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VISHVA DESAI, on behalf of herself and
others similarly situated,

                Plaintiff,

v.

ADT SECURITY SERVICES, INC.,
                Defendant.
_____/

No. 1:11-cv-1925

Judge Bucklo
Magistrate Judge Keys

## DECLARATION OF HANNAH S. LIM

HANNAH S. LIM hereby declares under penalty of perjury:

1.     My name is Hannah S. Lim. I am chief litigation counsel for ADT LLC, the successor in interest to ADT Security Services, Inc. In the course of my work, I supervise, monitor and control the work of ADT's outside counsel in all litigation by or against the company. I make this declaration in all respects from personal knowledge. If called upon to testify to the facts stated below, I would be qualified to do so.

[Redacted]

Redacted [redacted]

*As provided by 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2015.*

Redacted [redacted]

Hannah S. Lim