# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT on behalf of themselves and others similarly situated, | |
| Plaintiffs, | Case No: 1:11-cv-1925 |
| vs. | |
| ADT Security Services, Inc., | Judge Bucklo |
| Defendant/Third Party Plaintiff, | Magistrate Judge Keys |
| v. | |
| PETE TOLMAN, LEADS DIRECT MARKETING, VOICE TEL CORP., CHRISTOPHER LONG, EMI, INC., CITY VIP, LLC, JMB ENTERPRISES, DIRECT SAVINGS USA, INC., OSCAR MONTENEGRO,  EVERSAFE SECURITY SYSTEMS, INC., SAFE STREETS USA, LLC, PARAMOUNT MEDIA GROUP, THE ELEPHANT GROUP, INC., and UNKNOWN JOHN DOE DEFENDANTS I THROUGH XX, | |
| Third-Party Defendants, | |
| SAFE STREETS USA, LLC, SUCCESSOR BY MERGER TO EVERSAFE SECURITY SYSTEMS, INC., | |
| Fourth-Party Plaintiff, | |
| v. | |
| DIRECT SAVINGS USA, LLC, | |
| Fourth-Party Defendant. | |

**ADT'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Third-Party Plaintiff, ADT Security Services, Inc. ("ADT"), moves the Court pursuant to Local Rule 26.2 for an order granting it leave to file under seal the Declaration of Hannah S. Lim, including Exhibit A and Exhibit B attached thereto, that was submitted in support of ADT's Motion for an Award of Fees and Interest, and in support states as follows:

1.      On October 3, 2011, the Court entered a Stipulated Confidential Agreement and Protective Order (the "Protective Order") governing the treatment of Confidential Discovery Material. Dkt. ## 102, 103. The Protective Order defines Confidential information as "(1) information that constitutes a trade secret as defined under applicable case law; (2) personally identifiable information as to consumers; and (3) any other information that may be properly designated confidential pursuant to Fed. R. Civ. P. 26, and applicable case law." *Id.* at ¶ A.3.

2.      The Protective Order provides that "No Party shall file any Confidential Discovery Material with the Court, or refer to the confidential substance of the Confidential Discovery Material in any filings with the Court, unless that Party has first obtained an Order permitting the document containing or referring to Confidential Discovery Material to be filed under seal. Unless absolutely necessary, no Party shall quote from or otherwise disclose Confidential Discovery material in any document to be filed in court. Parties that wish to refer to the substance of Confidential Discovery Material in a pleading, motion or other submission, or attached Confidential Discovery Materials to a leading, motion or other submission, must file a motion for leave to file the material under seal within 14 days of filing the pleading, motion or other submission. Parties who have not yet obtained an order permitting the material to be filed under seal may file a redacted copy of all documents, redacting all Confidential Discovery Material or references to Confidential Discovery Material." *Id.* at ¶ J.1.

3.      The Declaration of Hannah S. Lim and its Exhibit A and Exhibit B contain sensitive financial information. That information was designated as Confidential under the Protective Order, and ADT has and intends to continue to maintain this information as such.

4.      Together with this motion, ADT is filing redacted versions of Exhibit A and Exhibit B to the Declaration of Hannah S. Lim. ADT will serve Confidential versions of Exhibit A and Exhibit B to the Declaration of Hannah S. Lim on The Elephant Group's counsel of record, and will deliver courtesy copies of the same to the Court

WHEREFORE, ADT respectfully asks that this Court grant it leave to file under seal the Declaration of Hannah S. Lim, including Exhibit A and Exhibit B attached thereto, and for any further relief that the Court finds just and equitable.


Dated:   April 22, 2015                                    Respectfully submitted,


                                                     _____/s/ Mark T. Deming____
                                                     Mark T. Deming (IL 6299631)
                                                     POLSINELLI PC
                                                     161 North Clark Street, Suite 4200
                                                     Chicago, Illinois  60601
                                                     T: (312) 819-1900
                                                     F: (312) 819-1910
                                                     *mdeming@polsinelli.com*

                                                     C. Sanders McNew
                                                     MCNEW P.A.
                                                     2385 Nw Executive Center Drive
                                                     Suite 100
                                                     Boca Raton, Florida  33431
                                                     T: (561) 299-0257
                                                     F: (561) 299-3705
                                                     *mcnew@mcnew.net*

                                                     *Attorneys for ADT Security Services, Inc.*

3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 22 2015, the foregoing was filed with the Court's CM/ECF system, notice of which was sent to all counsel of record by the Court's CM/ECF system.

/s/Mark T. Deming