# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| ADT SECURITY SYSTEMS, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | Case No. 1:11-cv-1925 |
| v. ) | |
| ) | Judge Elaine Bucklo |
| THE ELEPHANT GROUP, INC., et al., ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**THE ELEPHANT GROUP, INC.**

| |
|---|
| NAME (Type or print): Corinne C. Heggie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　/s/ Corinne C. Heggie |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS: 222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP: Chicago, IL 60601-1081 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6276412 | TELEPHONE NUMBER: 312/704-3000 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　YES ☐　　NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　YES ☐　　NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　YES ☐　　NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Appearance** by using the CM/ECF system, which will send notification of such filing(s) to all counsel or record and by Electronic Mail and U.S. Mail to all non-attorneys of record.

      /s/ Corinne C. Heggie

131154574v1 0969700