# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VISHVA DESAI and PHILIP J. CHARVAT on behalf of themselves and others similarly situated, )))) | |
| *Plaintiffs*, )) | |
| v. )) | Case No. 1:11-cv-01925 |
| ADT SECURITY SERVICES, INC., )) | |
| *Defendant/Third Party Plaintiff*, )) | Judge Elaine E. Bucklo |
| PETE TOLMAN, LEADS DIRECT MARKETING, VOICE TEL CORP., CHRISTOPHER LONG, EMI, INC., CITY VIP, LLC, JMB ENTERPRISES, DIRECT SAVINGS USA, INC., OSCAR MONTENEGRO, EVERSAFE SECURITY SYSTEMS, INC., SAFE STREETS USA, LLC, PARAMOUNT MEDIA GROUP, THE ELEPHANT GROUP, INC., *and* UNKNOWN JOHN DOE DEFENDANTS I THROUGH XX, )))))))))))) | |
| *Third-Party Defendants.* )) | |
| SAFE STREETS USA, LLC, SUCCESSOR BY MERGER TO EVERSAFE SECURITY SYSTEMS, INC., ))) | |
| *Fourth-Party Plaintiff*, )) | |
| v. )) | |
| DIRECT SAVINGS USA, LLC, )) | |
| *Fourth-Party Defendant.* )) | |

**CONSENT JUDGMENT AGAINST THE ELEPHANT GROUP, INC.**

**WHEREAS**, the Plaintiff, VISHVA DESAI filed this Class Action Complaint against Defendant, ADT SECURITY SERVICES, INC., succeeded in interest by ADT, LLC (hereinafter "ADT") alleging that through sub-agents, ADT violated the Telephone Consumer Protection Act of 1991, 47 U.S.C. §227, *et seq.* seeking statutory and actual damages ("the Action");

**WHEREAS**, ADT named THE ELEPHANT GROUP, INC. (hereinafter "EG") as a Third-Party Defendant in the Action seeking indemnity from EG for and from any losses sustained in the Action;

**WHEREAS**, ADT ultimately settled the Action on a class-wide basis for $15 million;

**WHEREAS**, ADT obtained an Order awarding ADT $8 million against EG, representing the remaining un-indemnified portion of the $15 million class settlement;

**WHEREAS**, the Court reserved jurisdiction to determine the amount of attorney's fees and costs that ADT could recover against EG;

**WHEREAS**, ADT and EG entered into a Settlement Agreement on June 26, 2015 ("Settlement Agreement") concerning the pending matter;

**WHEREAS,** pursuant to the aforesaid Settlement Agreement, ADT and EG stipulate that the total amount of the judgment, including costs, attorney's fees and interest, is $11.5 million;

**WHEREAS**, ADT and EG now desire to avoid further litigation and to settle ADT's claims and award judgment against EG for $11.5 million, with

payments of specific sums due under the Settlement Agreement satisfying that judgment;

**WHEREAS,** ADT and EG agree that the Court has jurisdiction over the subject matter of the Action;

**IT IS HEREBY ORDERED** that JUDGMENT be, and hereby is entered in favor of ADT and against EG in the amount of Eleven Million, Five Hundred Thousand Dollars, subject to the terms of the Settlement Agreement, in the following particulars:

1. The entry of this Consent Judgment concludes the Action. The Court will deny all pending motions as moot. However, the Court will retain jurisdiction to enforce, implement, or construe this Consent Judgment. ADT and EG consent to jurisdiction and venue in this Court for any related proceedings.

2. Within five (5) days after the District Court's entry of this Consent Judgment, EG will voluntarily dismiss its appeal pending in the Seventh Circuit Court of Appeals.

3. EG will pay the settlement sums according to the terms of the Settlement Agreement.

4. Upon receipt of the settlement sums due pursuant to the Settlement Agreement, this Consent Judgment will be deemed satisfied.

5. Upon satisfaction of this Consent Judgment, EG will file and record an appropriate Satisfaction of Judgment with the Court. ADT will not record this Consent Judgment in any court or jurisdiction other than this one.

ENTERED:

_/s/ Elaine E. Bucklo_
District Judge Elaine E. Bucklo

DATED: October 5, 2015

3

Stipulated and Agreed:

| | |
|---|---|
| *ADT Security Services, Inc., Third-Party Plaintiff* | *The Elephant Group, Inc., Third-Party Defendant* |
| /s/ *Mark T. Deming (with consent)* | /s/ *Joel D. Bertocchi* |
| Mark T. Deming<br>POLSINELLI PC<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601<br>312-873-3625<br>mdeming@polsinelli.com | David M. Schultz<br>Joel D. Bertocchi<br>Gretchen Harris Sperry<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, IL 60601<br>312-704-3000<br>Fax 312-704-3001<br>jbertocchi@hinshawlaw.com |